# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:16-cv-00180-CDP |
| Plaintiff, | ) | |
| v. | ) | |
| THE CITY OF FERGUSON, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

CHRISTY E. LOPEZ, Deputy Chief of the Special Litigation Section of the Civil Rights Division of the United States Department of Justice, enters her appearance on behalf of Plaintiff the United States of America in the above-captioned cause of action.

Respectfully Submitted,

*/s/ Christy E. Lopez*
CHRISTY E. LOPEZ
Permanent Bar # 473612DC
Deputy Chief
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2000
Facsimile: (202) 514-6903
Email: christy.lopez@usdoj.gov

*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

     I certify that on March 17, 2016, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

                                                                      */s/ Christy E. Lopez*_____