UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER SETTING PUBLIC HEARING

The parties have filed a joint motion to approve their proposed Consent Decree resolving this case.  The proposed Consent Decree and motion are available on the court's website at http://www.moed.uscourts.gov/united-states-america-v-city-ferguson-case-no-416cv180-cdp  Later documents filed in the case will also be added to the website.

The parties have requested that the court hold a hearing where the public may be heard about the proposed consent decree.  Although the law does not require or provide for hearing, I agree with counsel that a hearing in this case is in the interests of justice.  I will also consider written comments from the public.  To assure an orderly process, any person wishing to speak or provide written comments must comply with the rules set out in this order.

**IT IS HEREBY ORDERED** that a public hearing to consider input from the community about the proposed consent decree will be held on **Tuesday, April 19, 2016 at 9:30 a.m.** in Courtroom 3 North, Thomas F. Eagleton Federal Courthouse, 111 South 10th Street, St. Louis Missouri 63102.

**Written Comments:**  Any person wishing to provide written comments about the proposed Consent Decree may do so by filing a written submission of no more than 10 pages with the Clerk of this Court.  Written submissions must be received no later than **April 12, 2016 at 4:30 p.m.**  Written submissions may be hand delivered or mailed to:

>Clerk of Court
>United States District Court
>Thomas Eagleton United States Courthouse
>111 South 10th Street
>St. Louis, Missouri 63102
>Re: United States v. City of Ferguson, Case No. 4:16CV180 CDP

All written submissions considered will be filed in the Court's public docket in this case and will be made publicly available on the Court's website.  Persons making written submissions must include their full names on the letter or document they submit, but must not put their addresses on the letter or document itself because addresses will not be made public.  Instead, the submitting party's full name and address must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal.  **No emails, telephone calls, or anonymous submissions will be accepted.**

**Speaking at the Meeting:**  Members of the public who wish to speak may do so by appearing at Courtroom 3 North between **8:00 and 9:00 a.m.** on the day of the hearing to register to speak.  Counsel and parties to the case will be given the opportunity to speak first.  Statements by members of the public will be taken in the order people registered and will be limited to five minutes each.  All persons speaking must speak from the lectern, state their names, and direct their comments to the court.

**Space Limitations**:  Space is limited in the courtroom.  If necessary, the court may require persons to rotate in and out of the courtroom.  The courtroom will be open beginning at **8:45 a.m.**

**Courthouse Rules:**  All persons entering the courthouse must present a government issued photo ID before they will be allowed to enter; all persons will be screened by a metal detector.  **No recording or photography is allowed inside the courthouse.**  No eating, drinking or gum chewing is allowed in the courtroom.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2016.