# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **NO. 4:16-cv-000180-CDP** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CATHERINE D. PERRY** |
| | ) | |
| v. | ) | |
| | ) | |
| **THE CITY OF FERGUSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

## PROPOSED ORDER

The Court hereby GRANTS the Parties' Motion for Approval of Consent Decree Monitor Selection and for a Status Hearing.

The Parties have jointly selected the Squire Patton Boggs monitoring team, led by Clark Ervin, to serve as Monitor of the Consent Decree [Docket No. 41].  Upon reviewing the Motion and Memorandum submitted by the Parties, and consistent with Paragraph 419 of the Consent Decree, the Court hereby approves the Parties' selection of the Squire Patton Boggs team, led by Clark Ervin, as Monitor.

The Court also hereby sets a status hearing for September 7, 2016 at 1:00 P.M. in order to provide the Parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.

SO ORDERED this ____ day of July, 2016.

_____
District Judge Catherine D. Perry