UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 4: 16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## ORDER

After careful review,

**IT IS HEREBY ORDERED** that the joint motion for approval of monitor selection [47] is granted, and the Squire Patton Boggs team, led by Clark Ervin, is appointed as Monitor of the Consent Decree.

**IT IS FURTHER ORDERED** that there will be a status hearing on **Wednesday, September 7, 2016 at 1:00 p.m. in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2016.