**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **NO. 4:16-cv-000180-CDP** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CATHERINE D. PERRY** |
| | ) | |
| v. | ) | |
| | ) | |
| **THE CITY OF FERGUSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

**MEMORANDUM FOR COURT OUTLINING TIMELINE FOR CONSENT DECREE**
**REQUIREMENTS**


Plaintiff, the United States of America, and Defendant, the City of Ferguson (collectively,

the "Parties"), jointly file the attached timeline for implementation of the requirements of the

Consent Decree [Docket No. 41].  The Court has set a status hearing on Wednesday, September

7, 2016 at 1:00 p.m. at which time the Parties and the Monitor will update the Court on the

implementation of the Consent Decree.  The attached timeline includes the Parties' positions on

whether the City has implemented the requirements whose deadlines have already passed.

Respectfully submitted this 2nd day of September, 2016.

For the UNITED STATES OF AMERICA:


VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief, Special Litigation Section

   /s/ Christy E. Lopez_____
CHRISTY E. LOPEZ
Deputy Chief, Special Litigation Section
601 D Street NW
Washington, DC 20004
(202) 514-2000
DC Bar Number 473612

   /s/ Jude Volek_____
JUDE VOLEK
Special Counsel, Special Litigation Section
601 D Street NW
Washington, DC 20004
(202) 353-1077
Permanent Bar Number 10041483N
NY Bar Reg. Number 10041483

CHARLES HART
AMY SENIER
Trial Attorneys, Special Litigation Section

CHIRAAG BAINS
Senior Counsel, Civil Rights Division

For the CITY OF FERGUSON:


/s/ Dan K. Webb
DAN K. WEBB (# 2954087IL)
JARED L. HASTEN (#6296695IL)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

KEVIN M. O'KEEFE
Curtis, Heinz, Garrett & O'Keefe
130 South Bemiston Ave.
Suite 200
Clayton, Missouri 63015