US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| | **Effective Date** | | | | | Tuesday, April 19, 2016 | |
| Community Engagement | Command staff meetings re: community-oriented policing | FPD | | monthly | ¶ 28 | Friday, May 20, 2016 | The FPD police chief discusses this topic with with his command staff.  **DOJ/MT awaiting documentation from the City to confirm/verify that monthly command staff meetings at which community policing is discussed are occuring.** |
| Code Reform | Amend §§ 13-26, 13-52, 13-61, 13-63, 13-68, 13-70(2) and (3) (court admin) | City | | 30 days after Effective Date | ¶ 38a | Friday, May 20, 2016 | Implemented: §§ 13-26 amended by Ordinance 2016-3608 passed on 2/23/2016; § 13-52 amended by Ordinance 2016-3609 passed on 2/23/2016; § 13-61 amended by Ordinance 2016-3607 passed on 2/23/2016; § 13-63 amended by Ordinance 2016-3606 passed on 2/23/2016; § 13-68 amended by Ordinance 2016-3610 passed on 2/23/2016; and § 13-70(2) and (3) amended by Ordinance 2016-3605 passed on 2/23/2016. |
| Code Reform | Amend § 29-16 (fail to comply) | City | | 30 days after Effective Date | ¶ 38b | Friday, May 20, 2016 | Implemented: § 29-16 amended by Ordinance 2016-3611 passed on 2/23/2016. |
| Code Reform | Amend §§ 1-15 and 44-15 (available penalties) | City | | 30 days after Effective Date | ¶ 38c | Friday, May 20, 2016 | Implemented: §§ 1-15, 44-15 amended by Ordinance 2016-3616 passed on 4/26/16 |
| Code Reform | Amend § 7-145.1 (occupancy permit) | City | | 30 days after Effective Date | ¶ 38d | Friday, May 20, 2016 | Implemented: § 7-145.1 amended by Ordinance 2016-3613 passed on 3/8/2016 |
| Code Reform | Amend §§ 44-339 (right to use 1/2 crosswalks), 44-341 (cross @ right angles), 44-344 (manner of walking) | City | | 30 days after Effective Date | ¶ 38e | Friday, May 20, 2016 | Implemented: §§ 44-339, 44-341, 44-344 repealed by Ordinance 2016-3617 passed on 4/26/16 |
| Court Reform | Implement comprehensive amnesty program per para in Agreement:<br>- decline prosecution on open, unadjudicated cases initiated prior to 1/1/14<br>- eliminate all pending charges, fines, and fees for §§ 13-58 (failure to appear), 13-60 (w/draw complaint), 13-63 (parole/probation deterrent fees), 13-70 (fees to continue cases, issue and serve warrants, mileage, witness fees), 44-50 (city imposed towing fees) | City | | 30 days after Effective Date | ¶¶ 326-7 | Friday, May 20, 2016 | In progress. Between August 1, 2015, and August 22, 2016, 32,522 cases have been dismissed and $1,317,347 in fines have been stayed. Between September, 2014 and August 22, 2016, $1,502,397 in fines have been stayed. There are no longer any pending failure to appear charges.  There are approximately 751 files that still need to be reviewed to determine whether the individual cases should be dismissed or whether assessed fines should be stayed. These files comprise of cases from pre-2014. Files from 2015 and 2016 are also being reviewed, on a case-by-case basis as those are scheduled in Court to determine if any portion of a previously-assessed fine should be stayed given prior payments in such cases for Failure to Appear, warrant recall fees and other fees.  The City is working with its vendor to determine how many pre-2014 cases are actually still pending (other than those currently under review).  **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Enact and maintain prepared revisions to Code § 13-26. | City | | 30 days from Effective Date | ¶ 358 | Friday, May 20, 2016 | Implemented: §§ 13-26 amended by Ordinance 2016-3608 passed on 2/23/2016 |
| Cameras | Develop and implement policies to direct the use of body-cams and in-car cams, per para in Agreement | City | | 60 days after Effective Date | ¶ 231 | Sunday, June 19, 2016 | Not implemented.  FPD General Order 481 (enacted in August 2014) covers both body-cameras and in-car cameras.  In February 2016, General Order 481 was amended to revise the policy for body-worn cameras.  The policy will be consolidated and revised to reflect the provisions in the consent decree. |

1

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Training | Ensure requirements of Agreement are explained to all FPD and Court officers, who will be given opportunity to raise questions or concerns | City | | 60 days after Effective Date | ¶ 305 | Sunday, June 19, 2016 | In progress. The City Manager and the FPD Police Chief have discussed the provisions of the consent to FPD officers, City employees, and Court personnel. The City will continue to explain the provisions of the consent decree to members of the FPD and City staff and has and will prepare outlines and other materials reflecting who was spoken to and when. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Remove Municipal Court (MC) from oversight of Finance Director and ensure FD has no involvement in Court operations; MC will report instead to St Louis Co Cir Ct and MO Sup Ct | City | | 60 days | ¶ 325 | Sunday, June 19, 2016 | Implemented. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Develop and implement a plan to regularly (monthly) audit citations, arrest notices, and other violation notices to ensure proper completion | City w/ IM | | 60 days after Effective Date | ¶ 334 | Sunday, June 19, 2016 | Not implemented. The City Prosecutor has reviewed and signed all citations, arrest notifications, and other violation notices. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Revise online payment system to allow late payments, installments and all other court payments unless prohibited by law | City | | 60 days after Effective Date | ¶ 336 | Sunday, June 19, 2016 | Implemented. The online payment system allows for payments at any time and accepts payments in any amount. **DOJ/MT awaiting documentation from the City to confirm/verify implementation efforts.** |
| Court Reform | Contract w/ online payment provider or other to establish online system through which a charged person can access case details | City w/ IM | | 60 days after Effective Date | ¶ 337 | Sunday, June 19, 2016 | In progress. The City is discussing with its vendor how to set up a system that will allow defendants the ability to access case details online. |
| Court Reform | Develop and implement a plan to identify and eliminate unnecessary barriers to resolving municipal cases per Agreement | City | | 60 days after Effective Date | ¶ 339 | Sunday, June 19, 2016 | In progress. Since August 2015, 111 cases have been resolved by granting a defendant credit for time served. 660 defendants have signed up for community service, and 173 of the defendants have completed the community service. The Municipal Judge is offering community service in lieu of paying a fine, is converting old fines into community service, is offering payment plans, and is offering a hybrid payment plan/community service option for defendants. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Ensure defendants are provided appropriate ability-to-pay determinations consistent with para in Agreement | City | | 60 days after Effective Date | ¶ 340 | Sunday, June 19, 2016 | In progress. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Ensure defendants are provided appropriate alternative sentencing and payment plans consistent with para in Agreement | City | | 60 days after Effective Date | ¶ 343 | Sunday, June 19, 2016 | In progress. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Establish and implement protocols to ensure arrest warrants related to municipal code violations will be issued only after all other means of securing person's appearance have been exhausted (protocols per para in Agreement) | City | | 60 days after Effective Date | ¶ 348 | Sunday, June 19, 2016 | In progress. Before a warrant is issued, a defendant must have missed three court appearances. Specifically, if a defendant misses an initial court appearance, the court sends a summons letter with a new court date. If the defendant misses that second court date, the court sends another letter indicating that there will be a show cause hearing at a third date. If the defendant misses that third court date, a warrant is issued. **DOJ/MT awaiting documentation from the City to confirm implementation.** |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
(City through Supervisors)

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Court Reform | Develop and implement a plan to eliminate use of fixed monetary bond schedule per para in Agreement | City | | 60 days after Effective Date | ¶ 350 | Sunday, June 19, 2016 | In progress. The Municipal Court does not use a fixed monetary bond schedule. For warrantless arrests on municipal charges, the defendant is automatically released on his/her own recognizance right after the booking process is completed and the arrestee is given a court date; however, in egregious cases, the police may contact the prosecutor who may then recommend a bond to the Judge. For arrests based on a warrant out of the Ferguson Municipal Court, the defendant is automatically released on his/her own recognizance right after the booking process is completed unless a bond has been specifically ordered by the Municipal Judge in that specific case.**DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Develop and implement policies to ensure MC operates impartially, independent of City Prosecutor, and in a manner that avoids conflicts (i.e., separate case and court files, setting fines, etc.). | City | | 60 days after Effective Date | ¶ 357 | Sunday, June 19, 2016 | In progress. The City maintains separate files for the court and the prosecutor. The City Prosecutor also developed a policy requiring that the Prosecutor personally review all tickets, arrest notifications forms, other citations, and complaints, or other materials that require their execution. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Develop protocols for regular assessments of court practices per para in Agreement | City | | 60 days after Effective Date | ¶ 360 | Sunday, June 19, 2016 | In progress. The court and the City Prosecutor have begun reviewing fines and warrants and working on coming up with new ways in which to resolve cases. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Ensure all online systems include privacy protections | City | | 90 days from Effective Date | ¶ 338 | Sunday, June 19, 2016 | In progress. The online payment system includes protection for a user's credit card and financial information. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Maintain public list of preset fines and recommend to municipal judge TVB (Traffic Violations Bureau) amounts that are not overly punitive, take income into account, and are not greater than regional averages | City | IM | 90 days from Effective Date | ¶ 341 | Sunday, June 19, 2016 | In progress. In 2015, a committee working under the supervision of the Presiding Judge of the 21st Judicial Circuit analyzed the TVB fines for all Municipal Courts in St. Louis County. The Committee recommended a "Uniform Fine Schedule" that St. Louis County Municipal Courts adopted. The Ferguson Municipal Judge adopted the St. Louis County Uniform Fines as the Court's TVB schedule in March, 2015. The TVB schedule is available online and will be reformatted to make it easier to access. It is available at https://www.fergusoncity.com/DocumentCenter/View/1838 **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Community Engagement | Begin soliciting for members of NPSC | City | | 90 days after Effective Date | ¶ 21 | Tuesday, July 19, 2016 | In progress. The City has a consultant who is working with the NPSC. The group has been meeting for several months and membership is open to all who want to attend. The City is continuing outreach to increase and diversify the NPSC. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| SROs | Review and make good-faith effort to amend MOU w/ FFSD consistent with Agreement | FPD | | 90 days after Effective Date | ¶ 211 | Tuesday, July 19, 2016 | Not implemented. The City has received comments to the existing MOU from DOJ and will draft a new agreement to comport with the requirements in the consent decree. |
| Recruitment | Institute background investigation and screening protocol for hiring sworn officers | City | | 90 days after Effective Date | ¶ 288 | Tuesday, July 19, 2016 | In progress. The City conducts background investigations and also reviews personnel files from previous employers. **DOJ/MT awaiting documentation from the City to confirm implementation.** |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Court Reform | Develop and implement all necessary ordinances and policies to ensure MC practices are grounded in fair admin of justice, and constitutional and legal requirements, per Agreement | City | | 90 days after Effective Date | ¶ 328 | Tuesday, July 19, 2016 | In progress. The City has placed information regarding how the municipal court operates on its website. Additionally, the court advises defendants when they appear of their rights and resposibitlies. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Make public a clear and accurate description of MC payment process | City | | 90 days after Effective Date | ¶ 329 | Tuesday, July 19, 2016 | In progress. This information is currently available on the City's website and is provided to defendants when they appear in court. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Develop and implement a plan for a public education campaign for Ferguson community on MC operations | City | | 90 days after Effective Date | ¶ 330 | Tuesday, July 19, 2016 | Not implemented. The City will work on ways to make this information publically available. |
| Court Reform | Make legal aid information broadly available | City | | 90 days after Effective Date | ¶ 331 | Tuesday, July 19, 2016 | Not implemented. The City will work on ways to make this information publically available. |
| Court Reform | Provide all individuals charged under MC w/ adequate and reliable info re: charge, options for resolution, and consequences | City | | 90 days after Effective Date | ¶ 332 | Tuesday, July 19, 2016 | Implemented. All defendants appearing before the municipal judge are provided with this information. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Ensure all citations, summonses, arrest notices, and charging dox used by FPD contains clear and detailed info on recipient's rights and responsibilities per para in Agreement | City | | 90 days after Effective Date | ¶ 333 | Tuesday, July 19, 2016 | In progress. The current tickets comply with Missouri Supeme Court Rule 37 and will need to be revised. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Maintain up-to-date contact info for individuals w/ pending cases in MC | City | | 90 days after Effective Date | ¶ 335 | Tuesday, July 19, 2016 | Implemented. All defendants appearing in court are given a form to fill out with their most updated contact information. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Monitor, Compliance, Enforcement | Select Monitor (IM) | City | DOJ | 90 days after Effective Date | ¶ 419 | Tuesday, July 19, 2016 | Implemented. Court approved IM selection on 7/20/16 |
| Monitor, Compliance, Enforcement | Conduct meetings with Police Chief, City Counsel, FPD Compliance Coordinator, and DOJ | IM | | monthly (beginning from appointment (90 days after Effective Date)) | ¶ 440 | Thursday, August 18, 2016 | In progress. The City has had two lengthy telephone conferences with the DOJ and the monitor's team. The parties are also scheduled for a full day meeting on 9/8. |
| Code Reform | Develop and implement plan to reassess and revise Municipal Code | City | | 120 days after Effective Date | ¶ 40 | Thursday, August 18, 2016 | Not implemented. |
| Force | Develop and implement process for reporting and investigating all uses of force (reporting and investigation requirements in ¶¶ 173-194) | FPD | IM | 120 days after Effective Date | ¶ 172 | Thursday, August 18, 2016 | In progress. The City is working to set up a system that tracks officer uses of force. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| SROs | Develop a school resource officer (SRO) program and operations manual | FPD | IM FFSD | 120 days after Effective Date | ¶ 210 | Thursday, August 18, 2016 | Not implemented. The City will revise the current MOU and will work on developing this program. |
| Recruitment | Conduct in-depth review of current hiring processes and criteria to ensure no disparate impact | City | | 120 days after Effective Date | ¶ 285 | Thursday, August 18, 2016 | In progress. The City is currently reviewing its hiring processes. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Court Reform | Provide all defendants with option of community service in lieu of fines and develop program to realize this option | City | IM | 120 days after Effective Date | ¶ 344 | Thursday, August 18, 2016 | Implemented. **DOJ/MT awaiting documentation from the City to confirm implementation.** |
| Account-ability | Review applicable policies and personnel regulations to ensure incorporation of principles outlined in Agreement paras. 363-368 (duties of candor, report misconduct, facilitate reporting and investigation, and non-retaliation) | City | | 120 days after Effective Date | ¶ 362 | Thursday, August 18, 2016 | In progress. The City has drafted policies regarding these topics. **DOJ/MT reviewing some draft policies and awaiting documentation from the City to confirm implementation of others.** |
| Monitor, Compliance, Enforcement | Develop plan for conducting: review of policies, etc.; evaluations and audits; and outcomes assessments | IM | | 90 days from assuming duties | ¶ 424 | Monday, October 17, 2016 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Community Engagement | Host series of small group facilitated discussions btw police and community | City | | 180 days after Effective Date | ¶ 19 | Monday, October 17, 2016 | |
| Community Engagement | Develop and implement community-engagement plan | City | FPD | 180 days after Effective Date | ¶ 20 | Monday, October 17, 2016 | |
| Community Engagement | Establish Neighborhood Policing Steering Committee (NPSC) | City | | 180 days after Effective Date | ¶ 21 | Monday, October 17, 2016 | |
| Community Engagement | Enact city ordinances to establish NPSC | City | | 180 days after Effective Date | ¶ 22 | Monday, October 17, 2016 | |
| Community Engagement | Select members or open membership for NPSC | City | | 180 days after Effective Date | ¶ 22 | Monday, October 17, 2016 | |
| Community Engagement | Assist in establishing neighborhood associations in ea. apt. complex | City | | 180 days after Effective Date | ¶ 25 | Monday, October 17, 2016 | |
| Community Engagement | Develop a plan for providing neighborhood mediations | City | comm'ty IM | 180 days after Effective Date | ¶¶ 33-34 | Monday, October 17, 2016 | |
| Policies & Training | Establish a Training Committee w/ FPD and NPSC reps | FPD | | 180 days after Effective Date | ¶ 49 | Monday, October 17, 2016 | |
| Policies & Training | Develop a schedule for Agreement-mandated training | FPD | Training Comm. | 180 days after Effective Date | ¶ 50 | Monday, October 17, 2016 | |
| SSAs | Develop and implement a plan for correctable violations such as traffic violations, animal licensing, etc. (correction in lieu of citation) | FPD | | 180 days after Effective Date | ¶ 94 | Monday, October 17, 2016 | |
| SSAs | Eliminate all stop orders or wanteds issued by FPD | FPD | | 180 days after Effective Date | ¶ 96 | Monday, October 17, 2016 | |
| SSAs | Implement 1-year moratorium on new stop orders or wanteds unless (1) probable cause; (2) prosecutor refusal to seek warrant; (3) comports w/ FPD policy and is approved by PD Chief | City | | 180 days after Effective Date | ¶ 97 | Monday, October 17, 2016 | |
| SSAs | Identify and evaluate alternative systems to improve officer and public safety and comply w/ law and implement alternative system(s) | City | IM DOJ | during wanteds moratorium | ¶ 98 | Monday, October 17, 2016 | |
| SSAs | Develop protocols for regularly (annually) assessing stops and seizures to ensure in accordance with FPD policy and law | City | FPD | 180 days after Effective Date | ¶ 109 | Monday, October 17, 2016 | |
| 1st Am | Develop protocols for annual assessment of FPD 1st Am protected activity response | City FPD | | 180 days after Effective Date | ¶ 126 | Monday, October 17, 2016 | |
| Force | Develop and implement policies and training on immediate response to critical incidents (officer-involved shooting or death in custody) in Ferguson or involving FPD officers outside Ferguson | FPD | IM | 180 days after Effective Date | ¶ 185 | Monday, October 17, 2016 | |
| Force | Develop and implement a Force Review Board (FRB) | FPD | | 180 days after Effective Date | ¶ 189 | Monday, October 17, 2016 | |
| Force | Develop protocols for regular (annual) assessment of FPD use-of-force practices | City | | 180 days after Effective Date | ¶ 195 | Monday, October 17, 2016 | |
| CIT | Designate an officer (Lt.+) as Crisis Intervention Coordinator to facilitate communication between FPD and local mental health community | FPD | | 180 days after Effective Date | ¶ 197 | Monday, October 17, 2016 | |
| CIT | Develop protocols for at least annual assessment of FPD CIT model | City FPD | | 180 days after Effective Date | ¶ 206 | Monday, October 17, 2016 | |
| Cameras | Ensure that all patrol officers, patrol supervisors, jail personnel, and other FPD employees interacting with public are equipped and required to wear body-cams and mics | FPD | | 180 days after Effective Date | ¶ 229 | Monday, October 17, 2016 | |
| Cameras | Develop and implement protocols re: storage and retention of, and public access to cam footage | City | | 180 days after Effective Date | ¶ 245 | Monday, October 17, 2016 | |

US v Ferguson Consent Decree

*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Cameras | Develop protocols for regular assessments of cam use | City | FPD | 180 days after Effective Date | ¶ 250 | Monday, October 17, 2016 | |
| Supervision | Develop and implement staffing plan enabling close and effective supervision | City | | 180 days after Effective Date | ¶ 256 | Monday, October 17, 2016 | |
| Supervision | Develop protocols and regular assessment to ensure officers are closely and effectively supervised, etc. | City | FPD | 180 days after Effective Date | ¶ 270 | Monday, October 17, 2016 | |
| Officer Support | Develop protocols for regular (annual) assessment of officer assistance and support programs | City Mgr | Police Chief | 180 days after Effective Date | ¶ 280 | Monday, October 17, 2016 | |
| Recruitment | Develop written Recruitment Plan w/ clear goals per paras in Agreement | City | NPSC | 180 days after Effective Date | ¶ 282 | Monday, October 17, 2016 | |
| Recruitment | Develop protocols for regular (annual) assessment of recruitment efforts | City | FPD | 180 days after Effective Date | ¶ 290 | Monday, October 17, 2016 | |
| Evaluation & Promotion | Develop protocols for regular (annual) assessment of promotional and performance evaluation processes | City Mgr | Police Chief | 180 days after Effective Date | ¶ 302 | Monday, October 17, 2016 | |
| Training | Deliver crisis intervention telecommunicators training to all call-takers, dispatchers, and supervisors per para in Agreement | City | | 180 days after Effective Date | ¶ 314 | Monday, October 17, 2016 | |
| Training | Provide all sworn officers with initial and ongoing annual training on body and in-car cams | City | | 180 days after Effective Date | ¶ 316 | Monday, October 17, 2016 | |
| Court Reform | Develop and implement trial procedures and protocols to ensure all trials in MC are fair and impartial and comply with constitution and law | City | IM | 180 days after Effective Date | ¶ 353 | Monday, October 17, 2016 | |
| Court Reform | Ensure all online court systems enable collection of aggregated court data consistent with requirements of Agreement | City | | 180 days after Effective Date | ¶ 354 | Monday, October 17, 2016 | |
| Account-ability | Develop and implement policies to ensure all allegations of misconduct are courteously received, documented, tracked, and investigated per Agreement; discipline imposed fairly and consistently; complainants provided info per Agreement (paras. 370-396 (complaint intake, tracking, investigations, adjudication, and communication) and law | City | | 180 days after Effective Date | ¶ 369 | Monday, October 17, 2016 | |
| Account-ability | Develop and implement electronic centralized complaint tracking system | City | | 180 days after Effective Date | ¶ 378 | Monday, October 17, 2016 | |
| Account-ability | Develop and implement policies for ensuring that FPD supervisors can quickly resolve internal violations of policy per para in Agreement | City | | 180 days after Effective Date | ¶ 397 | Monday, October 17, 2016 | |
| Monitor, Compliance, Enforcement | File status report with Court | City | | 180 days after Effective Date | ¶ 456 | Monday, October 17, 2016 | |
| Monitor, Compliance, Enforcement | Draft 6-month compliance reports for the Court | IM | | 6-month reporting period | ¶ 438 | Monday, October 17, 2016 | |
| Monitor, Compliance, Enforcement | Provide Parties draft compliance reports | IM | | 15 days after end of each 6-month reporting period | ¶ 439 | Tuesday, November 01, 2016 | |
| Monitor, Compliance, Enforcement | Informally comment on draft compliance reports | City DOJ | | 15 days after receipt | ¶ 439 | Wednesday, November 16, 2016 | |
| Monitor, Compliance, Enforcement | Review and recommend changes to outcome measurements for compliance assessments as detailed in the Agreement | IM | | 120 days after assuming duties | ¶ 434 | Thursday, November 17, 2016 | |
| Evaluation & Promotion | Ensure formalized officer evaluation system is consistent with best practices and paras in Agreement | City | | 240 days after Effective Date | ¶¶ 292-3 | Friday, December 16, 2016 | |
| Evaluation & Promotion | Ensure officer promotional systems comport with best practices and paras in Agreement | City | | 240 days after Effective Date | ¶ 298 | Friday, December 16, 2016 | |

**US v Ferguson Consent Decree**
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Civilian Oversight | Ensure that CRB is established and operational (duties in para in Agreement) | City | CRB Task Force | 270 days after Effective Date | ¶ 405 | Sunday, January 15, 2017 | |
| Monitor, Compliance, Enforcement | File status report with Court | City | | Every 6 months | ¶ 456 | Saturday, April 15, 2017 | |
| Community Engagement | Develop crime prevention plan | City | | One year after Effective Date | ¶ 26 | Thursday, April 20, 2017 | |
| Community Engagement | Develop community policing plan | City | | One year after Effective Date | ¶ 26 | Thursday, April 20, 2017 | |
| Community Engagement | Develop protocols for regular (annual) assessment of level and impact of community engagement | City | | One year after Effective Date | ¶ 35 | Thursday, April 20, 2017 | |
| Policies & Training | Review each policy/procedure within a year of its implementation | City | | annually | ¶ 45 | Thursday, April 20, 2017 | |
| Policies & Training | Develop written Training Plan per para in Agreement | Training Comm. | IM City expert | One year after Effective Date | ¶ 51 | Thursday, April 20, 2017 | |
| Policies & Training | Develop and implement a participation policy ensuring only highly qualified officers serve as Police Training Officers (PTO) per FPD criteria | FPD | | One year after Effective Date | ¶ 59 | Thursday, April 20, 2017 | |
| Policies & Training | Create mechanism for recruits and laterals to provide confidential feedback on training and document a response | FPD | | One year after Effective Date | ¶ 61 | Thursday, April 20, 2017 | |
| Bias-free Practices | Develop protocols for annual assessment of all police and court programs, etc. to determine any disparate impact | City | FPD | annually | ¶ 72 | Thursday, April 20, 2017 | |
| Bias-free Practices | Develop protocols to correct any identified disparate impact in any FPD program or court service and implement w/in reasonable time | City | | One year after Effective Date | ¶ 74 | Thursday, April 20, 2017 | |
| Force | Ensure that only officers who have completed approved training and are certified may carry and use firearms. Annual training required. | FPD | | annually | ¶ 140 | Thursday, April 20, 2017 | |
| Force | Ensure that only officers who have completed approved training and are certified may carry and use ECWs. Annual training required. | FPD | | annually | ¶ 144 | Thursday, April 20, 2017 | |
| CIT | Ensure there are enough specialized CIT officers to have at least one on duty and available to respond to crises at all times (including requisite staffing needs assessment to meet this goal) | CI Coord | | One year after Effective Date | ¶ 198 | Thursday, April 20, 2017 | |
| Supervision | Purchase, install, train supervisors on, and implement Early Intervention System (EIS) consistent with Agreement | City | | One year after Effective Date | ¶ 259 | Thursday, April 20, 2017 | |
| Supervision | Develop policies setting forth in detail specific info that EIS will capture, etc. | City | IM | One year after Effective Date | ¶ 260 | Thursday, April 20, 2017 | |
| Supervision | Retain or internally develop expertise to implement individualized interventions to respond to identified problematic or potentially problematic officer conduct | FPD | | One year after Effective Date | ¶ 267 | Thursday, April 20, 2017 | |
| Recruitment | Review and revise Recruitment Plan | City Mgr | Police Chief | annually | ¶ 284 | Thursday, April 20, 2017 | |
| Account-ability | Affiliate with Community Mediation Services to provide community-centered mediation program as alternative to misconduct process described in paras. 370-396 of Agreement for certain complaints | City | | One year after Effective Date | ¶ 399 | Thursday, April 20, 2017 | |
| Account-ability | Develop protocols for regular (annual) assessment to measure effectiveness of FPD accountability practices | City | | One year after Effective Date | ¶ 401 | Thursday, April 20, 2017 | |

**US v Ferguson Consent Decree**

*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Monitor, Compliance, Enforcement | Survey members of Ferguson community, including officers regarding experiences with and perceptions of FPD, public safety, and Court | IM | | One year after Effective Date + annually | ¶ 429 | Thursday, April 20, 2017 | |
| Community Engagement | Develop and implement policies re: NPSC recommendations | City | FPD NPSC | "timely manner" | ¶ 23 | Thursday, April 20, 2017 | |
| Community Engagement | Designate city employee to provide admin support to NPSC | City | | default one year | ¶ 23 | Thursday, April 20, 2017 | |
| Community Engagement | Revise Youth Advisory Board (YAB) enabling ordinances re: YAB input on law enforcement issues | City | | default one year | ¶ 24 | Thursday, April 20, 2017 | |
| Community Engagement | Structure and staff individual patrol areas in neighborhoods | FPD | | default one year | ¶ 29 | Thursday, April 20, 2017 | |
| Community Engagement | Revise shift schedules and deployment toward community policing | FPD | | default one year | ¶ 30 | Thursday, April 20, 2017 | |
| Community Engagement | Collect, analyze, and disseminate public crime data per patrol area | FPD | | default one year | ¶ 31 | Thursday, April 20, 2017 | |
| Policies & Training | Review all training curricula | Training Comm. | Training Coord. IM DOJ | default one year | ¶ 52 | Thursday, April 20, 2017 | |
| Policies & Training | Ensure instructors are qualified and that instructors, curricula, and lessons plans have been approved by Training Comm., IM and DOJ | FPD | Training Comm | default one year | ¶ 54 | Thursday, April 20, 2017 | |
| Policies & Training | Designate Training Coordinator | FPD | | default one year | ¶ 56 | Thursday, April 20, 2017 | |
| Policies & Training | Ensure all officers complete training and that documentation is maintained; encourage training | Training Coord | FPD | default one year | ¶ 57 | Thursday, April 20, 2017 | |
| Policies & Training | Ensure all PTOs receive min 40h initial training + refresher w/in 1 yr and maintain all dox of PTO evals and training | FPD | | default one year | ¶ 60 | Thursday, April 20, 2017 | |
| Policies & Training | Ensure that: (a) new recruits get 900h basic training; or (b) laterals get supplemental training developed by FPD | FPD | | default one year | ¶ 63 | Thursday, April 20, 2017 | |
| Bias-free Practices | Provide clear policy, training, and supervision on prohibited conduct | City | | default one year | ¶ 66 | Thursday, April 20, 2017 | |
| Bias-free Practices | Develop and implement policies and training necessary to ensure timely and meaningful police services by LEP population | City | IM | default one year | ¶ 67 | Thursday, April 20, 2017 | |
| Bias-free Practices | Revise policy, training and supervision re: DV and sexual assault to eliminate bias | City | | default one year | ¶ 68 | Thursday, April 20, 2017 | |
| Bias-free Practices | Consider any indicia of discrimination/bias in evaluation, hiring and promotion of PTOs | City | | default one year | ¶ 69 | Thursday, April 20, 2017 | |
| Bias-free Practices | Assess and improve collection and analysis of racial profiling data | City | | default one year | ¶ 70 | Thursday, April 20, 2017 | |
| SSAs | Ensure that all FPD voluntary encounters, stops, searches, etc. adhere to Constitution and U.S. law per para in Agreement | City | | default one year | ¶ 75 | Thursday, April 20, 2017 | |
| SSAs | Recognize 2 classes of voluntary contacts (social and non-custodial interviews) and officers will be encouraged to engage in social contacts; officers in non-custodial interviews will introduce themselves, etc. | FPD | | default one year | ¶ 77 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers engaging in voluntary contact do not use failure to stop/answer, decision to leave, to justify investigatory stop, etc. | FPD | | default one year | ¶ 78 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers conduct investigatory stops and detentions only w/ reasonable suspicion | FPD | | default one year | ¶ 79 | Thursday, April 20, 2017 | |
| SSAs | FPD officers will not conduct pretextual stops | FPD | | default one year | ¶ 80 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| SSAs | Ensure that when initiating investigatory stop, officers introduce themselves, and take other measures in para in Agreement | FPD | | default one year | ¶ 81 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers do not further limit person's freedom during investigatory stop or detention by, inter alia, taking ID, handcuffing, etc. absent articulable basis to do so | FPD | | default one year | ¶ 82 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers do not search persons w/o probable cause and a warrant | FPD | | default one year | ¶ 84 | Thursday, April 20, 2017 | |
| SSAs | Prohibit officers from seeking consent to search absent reasonable and articulable suspicion that search will yield evidence of officer or legal authority independent of consent; document basis for search | FPD | | default one year | ¶ 85 | Thursday, April 20, 2017 | |
| SSAs | Officers seeking search consent will inform subject of right to refuse and revoke consent at any time and will record consent on body cam absent exigent circumstances (then, written consent form) | FPD | | default one year | ¶ 86 | Thursday, April 20, 2017 | |
| SSAs | Affidavit or sworn declaration supporting application for search warrant must provide accurate, complete and clear description of offense; place/thing to be searched; time and manner of search | FPD | | default one year | ¶ 87 | Thursday, April 20, 2017 | |
| SSAs | Develop and implement protocols for interaction between FPD officers and non-FPD officers conducting admin searches | City | | default one year | ¶ 88 | Thursday, April 20, 2017 | |
| SSAs | Maintain central log of each search warrant, case file of warrant location, officer and supervisor info | FPD | | default one year | ¶ 89 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers issue citation/make custodial arrest only w/ probable cause | FPD | | default one year | ¶ 90 | Thursday, April 20, 2017 | |
| SSAs | Will not use citation or arrest quotas--even informal. | City | | default one year | ¶ 91 | Thursday, April 20, 2017 | |
| SSAs | Ensure that FPD officers get verbal supervisory approval, documented, before: (1) issuing 3+ citations; (2) issuing citations for offenses such as manner of walking; (3) transporting arrested person on failure or comply/obey/resist; or (4) every other arrest asap after person arrives at HQ | FPD | | default one year | ¶ 92 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers do not arrest people for code offenses outside of: traffic offenses involving alcohol or drugs, offices involving property damages or injury to others, animal neglect or cruelty, where the objective evidence indicates that absent an arrest the person's unlawful conduct will continue, where a valid citation cannot be issued becase the person refused to identify himself or herself to the officer, of if the person is considered a danger to any person or property | FPD | | default one year | ¶ 93 | Thursday, April 20, 2017 | |
| SSAs | Ensure that officers complete accurate reports for all activities warranting a report (i.e., arrests) before shift end | FPD | | default one year | ¶ 95 | Thursday, April 20, 2017 | |
| SSAs | Consider legality and appropriateness of citation(s) | Supervisors | | default one year | ¶ 99 | Thursday, April 20, 2017 | |
| SSAs | Develop a protocol for checking all arrestees for injury, including complaints thereof, and providing medical treatment | FPD | | default one year | ¶ 100 | Thursday, April 20, 2017 | |
| SSAs | Review all arrest reports and put review in writing by shift end | Supervisors | | default one year | ¶ 101 | Thursday, April 20, 2017 | |
| SSAs | Review each request for search or arrest warrants per FPD policy and Agreement | Supervisors | | default one year | ¶ 102 | Thursday, April 20, 2017 | |
| SSAs | Review operational plan for and be present for execution of search warrant; review and document review of warrant execution | Supervisors | | default one year | ¶ 103 | Thursday, April 20, 2017 | |
| SSAs | Assess warrant applications, citations and arrest reports, and supporting dox for accuracy, etc. | Supervisors | | default one year | ¶ 104 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| SSAs | Regularly audit assigned officers' stop, search, citation and arrest documentation; audit @ least one CAD log/officer ea. week | Supervisors | | default one year | ¶ 105 | Thursday, April 20, 2017 | |
| SSAs | Document stops, searches, warrant applications, citations and arrests that are legally unsupported, violated FPD policy or Agreement, or need corrective action, and take action | Supervisors | | default one year | ¶ 106 | Thursday, April 20, 2017 | |
| SSAs | Track each violation or deficiency and corrections action taken to identify officers in need of corrective action | Supervisors | | default one year | ¶ 107 | Thursday, April 20, 2017 | |
| SSAs | Review in writing all supervisory reviews re: stops, searches, warrant applications, citations, and arrests that supervisors have flagged as legally unsupported, violated FPD policy or Agreement, or need corrective action w/in 7 days of document; evaluate corrective action and ensure it's taken | Command-level | | default one year | ¶ 108 | Thursday, April 20, 2017 | |
| 1st Am | Ensure all FPD personnel respect 1st Am per para in Agreement | FPD | | default one year | ¶ 111 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not enforce any rule, policy or practice that gives officers authority to arrest or interfere with individual public recording of policy (*Hussein v. Co of St Louis*) | FPD | | default one year | ¶ 112 | Thursday, April 20, 2017 | |
| 1st Am | Ensure that FPD policy and training clarify what is "obstruction" or "interference" and offer less-intrusive locations for recording | FPD | | default one year | ¶ 113 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not search, seize or coerce production of sounds, images, videos w/o warrant; if reasonable belief recording has critical evidence, officer can hold < 12h while subpoena or warrant is secured | FPD | | default one year | ¶ 115 | Thursday, April 20, 2017 | |
| 1st Am | Ensure that officers do not coerce individual to consent to search or seizure of devices or recordings | FPD | | default one year | ¶ 116 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not intentionally destroy recording devices, sounds or images or cause another to do so outside of normal record retention policies under state law | FPD | | default one year | ¶ 117 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not unlawfully interfere with lawful public protests | FPD | | default one year | ¶ 118 | Thursday, April 20, 2017 | |
| 1st Am | Revise current policies and protocols for policing public protests as necessary per criteria in para | FPD | IM | default one year | ¶ 119 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not treat protestors differently per content of speech | FPD | | default one year | ¶ 120 | Thursday, April 20, 2017 | |
| 1st Am | No canines for crowd control, no rifle sights to monitor crowds (and request cooperating forces to do the same) | FPD | | default one year | ¶ 121 | Thursday, April 20, 2017 | |
| 1st Am | Ensure all Ferguson officers get training in de-escalation, etc. consistent with 1st Am. (and request cooperating forces to do the same) | FPD | | default one year | ¶ 122 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers do not take any police action retaliating against people for exercising their 1st Am rights | FPD | | default one year | ¶ 123 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers get documented (asap) supervisory approval before issuing citations or arrest related to public protest activity | FPD | | default one year | ¶ 124 | Thursday, April 20, 2017 | |
| 1st Am | Ensure officers get documented (asap) supervisory approval before issuing citations or arrest related to use of recording device, of media, warrantless search of recording device; any other signification action re recording device | FPD | | default one year | ¶ 125 | Thursday, April 20, 2017 | |
| Force | Ensure officers use force per Constitution, law, FPD policy and Agreement | City | | default one year | ¶ 129 | Thursday, April 20, 2017 | |
| Force | Commit to use of force model that gives officers skills and training to resolve situations w/ force where possible (i.e., de-escalate) | FPD | | default one year | ¶ 130 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Force | Ensure that officers gather info before using force | FPD | | default one year | ¶ 131 | Thursday, April 20, 2017 | |
| Force | Specify all weapons and force techniques officers can use and carry | FPD | | default one year | ¶ 132 | Thursday, April 20, 2017 | |
| Force | Ensure officers do not use lethal force unless certain specific circumstances in para. are present (e.g., imminent threat of death or serious physical harm to officer or others) | FPD | | default one year | ¶ 133 | Thursday, April 20, 2017 | |
| Force | Ensure officers do not use less lethal force unless (a) aggressive resistance, and (b) less intrusive means fail | FPD | | default one year | ¶ 134 | Thursday, April 20, 2017 | |
| Force | Ensure officers use minimum amount of force necessary, obj reasonable and proportional to behavior when passive or active resistance | FPD | | default one year | ¶ 135 | Thursday, April 20, 2017 | |
| Force | Train and require officers to identify themselves before using force; consider mental health issues, language barriers, drug interaction; fulfill duty to safely intercede to prevent use of objectively unreasonable force; and inform supervisor of unnecessary or improper uses of force | FPD | | default one year | ¶ 136 | Thursday, April 20, 2017 | |
| Force | Prohibit officers from several uses of force, including on restrained individuals; neck holds; retaliation; recording of police; etc. | FPD | | default one year | ¶ 137 | Thursday, April 20, 2017 | |
| Force | Ensure that immediately following use of force, (1) inspect for injury and provide treatment; (2) handcuff only if subject is still a threat; (3) not restrain to compromise breath; and (4) assign trained officer to notify family | FPD | | default one year | ¶ 138 | Thursday, April 20, 2017 | |
| Force | Ensure that officers use firearms per para in Agreement | FPD | | default one year | ¶ 143 | Thursday, April 20, 2017 | |
| Force | Ensure that after first ECW application, officer reevaluates situation to determine if 2d round necessary | FPD | | default one year | ¶ 145 | Thursday, April 20, 2017 | |
| Force | Ensure that officers use ECWs per para in Agreement | FPD | | default one year | ¶ 146 | Thursday, April 20, 2017 | |
| Force | Ensure that only officers who have completed approved training and are certified may carry and use OC spray. Training required every 2 years. | FPD | | default one year | ¶ 150 | Thursday, April 20, 2017 | |
| Force | Ensure that only officers who have completed approved training and are certified may handle K9s. Training required annually. | FPD | | default one year | ¶ 155 | Thursday, April 20, 2017 | |
| Force | Ensure that no K9 handler uses a K9 to intimidate or frighten any person (K9 = locating tool) | FPD | | default one year | ¶ 158 | Thursday, April 20, 2017 | |
| Force | Ensure that K9 handlers keep K9s within visual and auditory range at all times possible | FPD | | default one year | ¶ 159 | Thursday, April 20, 2017 | |
| Force | Ensure that K9 handlers get verbal supervisory approval before K9 deployed absent exigent circumstances | FPD | | default one year | ¶ 160 | Thursday, April 20, 2017 | |
| Force | Ensure that before deploying a K9, handler issues verbal warning that K9 is coming and suspect should surrender (unless create imminent threat) | FPD | | default one year | ¶ 161 | Thursday, April 20, 2017 | |
| Force | Ensure that K9 searches of residences are on short leash unless no one home | FPD | | default one year | ¶ 162 | Thursday, April 20, 2017 | |
| Force | Ensure K9 handlers do not deploy K9s off leash unless conditions in para of Agreement are met | FPD | | default one year | ¶ 163 | Thursday, April 20, 2017 | |
| Force | Ensure that when K9 apprehends a subject by biting, handler calls K9 off at first moment K9 can safely remove bite, immediately if unarmed | FPD | | default one year | ¶ 165 | Thursday, April 20, 2017 | |
| Force | Ensure that officers do not deploy K9s against juveniles unless threat of imminent serious physical injury to person or officer | FPD | | default one year | ¶ 166 | Thursday, April 20, 2017 | |
| Force | Ensure that K9s are not used for crowd control | FPD | | default one year | ¶ 167 | Thursday, April 20, 2017 | |

*US v Ferguson Consent Decree*
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Force | Ensure officers and corrections officers do not carry or use firearms in FPD jail booking or lockup areas | FPD | | default one year | ¶ 168 | Thursday, April 20, 2017 | |
| Force | Ensure at least 2 corrections officers in jail at all times | FPD | | default one year | ¶ 169 | Thursday, April 20, 2017 | |
| Force | Ensure (in addition to bodycams per Agreement) all parts of jail where prisoners may be present are surveilled | FPD | | default one year | ¶ 170 | Thursday, April 20, 2017 | |
| Force | Enact policy setting forth reasonable time in which FRB use-of-force investigations will be reviewed by involved officer's chain of command | FPD | | default one year | ¶ 190 | Thursday, April 20, 2017 | |
| Force | Document findings where use of force violates FPD policy and refer matter to disciplinary process | FRB | | default one year | ¶ 191 | Thursday, April 20, 2017 | |
| Force | Document findings and advise police chief where force incident indicates a need for changes in policy, training, or equipment | FRB | | default one year | ¶ 192 | Thursday, April 20, 2017 | |
| Force | Advise police chief where force incident indicates need for corrective action such as training | FRB | | default one year | ¶ 193 | Thursday, April 20, 2017 | |
| Force | Approve all use-of-force investigation findings and all disciplinary actions | Police Chief | | default one year | ¶ 194 | Thursday, April 20, 2017 | |
| CIT | Ensure officers and dispatchers are appropriately responding to crisis calls | CI Coord | | default one year | ¶ 198 | Thursday, April 20, 2017 | |
| CIT | Increase salary of CIT officers serving in those roles | City | | default one year | ¶ 199 | Thursday, April 20, 2017 | |
| CIT | Assess CIT officer applicant fitness to serve as CIT officer | FPD | | default one year | ¶ 200 | Thursday, April 20, 2017 | |
| CIT | Dispatch at least 1 CIT officer +1 to all incidents involving individual in crisis; develop and implement policies to ensure that principles of crisis intervention are adhered to even when CIT officer is unavailable | FPD | | default one year | ¶ 203 | Thursday, April 20, 2017 | |
| CIT | Encourage specialized CIT officers to redirect individual w/ mental health and substance abuse issues to the health care system where appropriate | FPD | | default one year | ¶ 204 | Thursday, April 20, 2017 | |
| CIT | Promulgate policy that provides that crisis intervention response may be necessary even where apparent violation of law | FPD | | default one year | ¶ 205 | Thursday, April 20, 2017 | |
| SROs | Use SROs who meet criteria in para in Agreement (strong interpersonal communication skills, effective counseling skills, etc.) | FPD | | default one year | ¶ 208 | Thursday, April 20, 2017 | |
| SROs | Ensure that SROs receive sufficient training consistent with FPD Training Plan and Agreement | FPD | | default one year | ¶ 209 | Thursday, April 20, 2017 | |
| SROs | Ensure that SROs and other officers participate only when necessary to protect physical safety, not school discipline | FPD | | default one year | ¶ 212 | Thursday, April 20, 2017 | |
| SROs | Ensure SROs and officers de-escalate | FPD | | default one year | ¶ 213 | Thursday, April 20, 2017 | |
| SROs | Ensure that SROs continue to serve as educators in addition to safety | FPD | | default one year | ¶ 214 | Thursday, April 20, 2017 | |
| SROs | Develop and implement policies that discourage arrest of students at school except to ensure safety (no execution of warrants) | FPD | | default one year | ¶ 215 | Thursday, April 20, 2017 | |
| SROs | Ensure officers document basis for any school arrest | FPD | | default one year | ¶ 216 | Thursday, April 20, 2017 | |
| SROs | Ensure officer notify parents/guardians of student's arrest asap | FPD | | default one year | ¶ 217 | Thursday, April 20, 2017 | |
| SROs | Ensure officers do not use restraints unless for safety | FPD | | default one year | ¶ 218 | Thursday, April 20, 2017 | |
| SROs | Assist Ferguson-Florissant School District (FFSD) to develop conflict resolution program; discipline referral system; alternatives to arrest; and diversion programs | FPD | IM | default one year | ¶ 220 | Thursday, April 20, 2017 | |
| SROs | Require SROs to refer youth to alternatives rather than arrest | FPD | | default one year | ¶ 221 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree

*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| SROs | Ensure that SROs and other officers do not use force on student at school unless necessary for safety; if so, follow use-of-force policies and Agreement | FPD | | default one year | ¶ 222 | Thursday, April 20, 2017 | |
| SROs | Ensure FPD officers de-escalate and encourage FFSD to use restorative practices | FPD | | default one year | ¶ 223 | Thursday, April 20, 2017 | |
| SROs | Ensure that supervisors visit SROs and observe them every 2 wks | FPD | | default one year | ¶ 224 | Thursday, April 20, 2017 | |
| SROs | Ensure that supervisors solicit formal feedback on SRO performance from teachers, admin, parents, and students 1x/semester | FPD | | default one year | ¶ 225 | Thursday, April 20, 2017 | |
| SROs | Ensure that 1x/semester SRO supervisors meet w/ SROs and school admin to review incidents involving SROs or other officers (including discipline, arrest, restraint) | FPD | | default one year | ¶ 226 | Thursday, April 20, 2017 | |
| SROs | Develop protocols for annual assessment of SRO program | FPD | City | default one year | ¶ 227 | Thursday, April 20, 2017 | |
| Cameras | Commit sufficient funds to maintain body-cams and retain staff to maintain and retrieve footage | City | | default one year | ¶ 230 | Thursday, April 20, 2017 | |
| Cameras | Develop and implement policy expressly describing situations in which officers have the discretion not to record and make clear that outside of such situations, officers must record all interactions with members of the public | FPD | | default one year | ¶ 232 | Thursday, April 20, 2017 | |
| Cameras | Ensure cams function properly at start and end of ea shift; develop and implement testing schedule | City | | default one year | ¶ 236 | Thursday, April 20, 2017 | |
| Cameras | Ensure cams are worn in manner that prevents obstruction and maximizes viewpoint | City | | default one year | ¶ 237 | Thursday, April 20, 2017 | |
| Cameras | Ensure cams are only worn during official law enforcement duties (no informants, not personal, not tactical, etc.) | City | | default one year | ¶ 238 | Thursday, April 20, 2017 | |
| Cameras | Prohibit officers from accessing cam footage for personal use or devices | City | | default one year | ¶ 239 | Thursday, April 20, 2017 | |
| Cameras | Ensure subordinate officers use cams consistent with policy and Agreement; investigate and discipline when they do not | Supervisors | | default one year | ¶ 240 | Thursday, April 20, 2017 | |
| Cameras | Periodically inspect cams for functioning and report malfunctioning to FPD or City official | Supervisors | | default one year | ¶ 241 | Thursday, April 20, 2017 | |
| Cameras | Take all necessary steps to repair cam equipment | City | | default one year | ¶ 241 | Thursday, April 20, 2017 | |
| Cameras | Ensure supervisors regularly review cam recordings to promote supervision and be constituent with Agreement per para in Agreement | City | | default one year | ¶ 242 | Thursday, April 20, 2017 | |
| Cameras | Incorporate knowledge gained from viewing footage into supervision and training | Supervisors | | default one year | ¶ 243 | Thursday, April 20, 2017 | |
| Cameras | Ensure Training Coordinator and FPD supervisors regularly review footage to identify scenarios and need for training | City | | default one year | ¶ 244 | Thursday, April 20, 2017 | |
| Cameras | Ensure all recordings are stored by officers in central location/remote server by end of shift and are categorized and accessible w/in 24 h | City | | default one year | ¶ 246 | Thursday, April 20, 2017 | |
| Cameras | Take appropriate precautions to ensure integrity and security of each recording | City | | default one year | ¶ 247 | Thursday, April 20, 2017 | |
| Cameras | Retain and preserve all non-evidentiary recordings for at least 90 days; all evidentiary recordings for at least 2 years; in litigation/investigation for at least 1 year after disposition | City | | default one year | ¶ 248 | Thursday, April 20, 2017 | |
| Cameras | Make cam footage publicly available per MO law and privacy rights | City | | default one year | ¶ 249 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Supervision | Ensure FPD supervisors provide oversight and guidance necessary for officers to police lawfully, safely and effectively; establish culture of community policy; prevent, identify, and correct misconduct | City | | default one year | ¶ 251 | Thursday, April 20, 2017 | |
| Supervision | Document performance of supervisory duties in FPD records system per para in Agreement | Supervisors | | default one year | ¶ 254 | Thursday, April 20, 2017 | |
| Supervision | Impose corrective action, training, discipline for failure to supervise | Police Chief | | default one year | ¶ 255 | Thursday, April 20, 2017 | |
| Supervision | Have adequate number of captains, lieutenants, and first line supervisors to ensure close and effective supervision | City | | default one year | ¶ 257 | Thursday, April 20, 2017 | |
| Supervision | Ensure all officers are assigned to supervisors in manner providing consistency and policing practices from shift to shift and throughout City; assign enough sergeants to ensure only 8 officers under; officers work with max 3 supervisors | City | | default one year | ¶ 258 | Thursday, April 20, 2017 | |
| Supervision | Set and implement threshold levels for each EIS indicator that will trigger supervisory review | FPD | | default one year | ¶ 264 | Thursday, April 20, 2017 | |
| Supervision | Ensure that once a review of a particular officer has been triggered due to a threshold, each subsequent event involving with same indicator will trigger supervisory review | City | | default one year | ¶ 264 | Thursday, April 20, 2017 | |
| Supervision | Ensure that FPD command staff collection and at least quarterly review EIS info re: supervisor, squad, and officer trends | City | | default one year | ¶ 265 | Thursday, April 20, 2017 | |
| Supervision | Ensure that FPD first line supervisors and Lieutenants review EIS data for all officers under their direct command at least monthly; quarterly for patterns | City | | default one year | ¶ 266 | Thursday, April 20, 2017 | |
| Supervision | Review, evaluate and document in writing progress and effectiveness of intervention strategy in para 267 | FPD | | default one year | ¶ 267 | Thursday, April 20, 2017 | |
| Supervision | Properly maintain all necessary equipment to implement, maintain, and use EIS per Agreement and FPD policy | City | | default one year | ¶ 268 | Thursday, April 20, 2017 | |
| Supervision | Maintain all officer-specific info in EIS for at least 1 year following separation from FPD | City | | default one year | ¶ 268 | Thursday, April 20, 2017 | |
| Officer Support | Continue Employee Assistance Program (EAP) or similar; review and ensure it comports w/ best practices and professional standards | City | | default one year | ¶ 272 | Thursday, April 20, 2017 | |
| Officer Support | Compile and periodically review and revise, and maintain list of mental health providers as part of EAP | City | | default one year | ¶ 273 | Thursday, April 20, 2017 | |
| Officer Support | Require and specify a mental health eval before returning an officer to full duty following traumatic incident as directed by Police Chief or HR Dir | City | | default one year | ¶ 275 | Thursday, April 20, 2017 | |
| Officer Support | Officers work max 14 h/day or 64 h/wk unless exigent circumstances | City? | | default one year | ¶ 276 | Thursday, April 20, 2017 | |
| Officer Support | Continue contract with identity fraud services or similar | City | | default one year | ¶ 278 | Thursday, April 20, 2017 | |
| Officer Support | Develop well-being protocols for officer deployments during civil unrest per para in Agreement | City | | default one year | ¶ 279 | Thursday, April 20, 2017 | |
| Recruitment | Articulate Recruitment Plan to rank and file | Police Chief | | default one year | ¶ 284 | Thursday, April 20, 2017 | |
| Recruitment | Continue FPD Academy Assistance Program | City | | default one year | ¶ 286 | Thursday, April 20, 2017 | |
| Evaluation & Promotion | Use informal and formal reward systems to reward constitutional policing and effective community engagement | FPD | | default one year | ¶ 295 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Evaluation & Promotion | Meet with subordinates on ongoing basis to discuss performance and document supervisor's ongoing efforts and communications regarding officer performance challenges and room for growth | Supervisors | | default one year | ¶ 296 | Thursday, April 20, 2017 | |
| Evaluation & Promotion | Include in performance evaluations, assessment of supervisor ability and effectiveness in conducting the supervisory reviews per Agreement. | FPD | | default one year | ¶ 297 | Thursday, April 20, 2017 | |
| Evaluation & Promotion | Develop promotional assessment process per para in Agreement | City | | default one year | ¶ 299 | Thursday, April 20, 2017 | |
| Evaluation & Promotion | Develop and use specific criteria regarding impact of misconduct on promotional eligibility | City | | default one year | ¶ 300 | Thursday, April 20, 2017 | |
| Training | Provide FPD officers with initial and ongoing annual in-service training on community and problem-solving policing, critical thinking, and communication skills per para in Agreement | City | | default one year | ¶ 306 | Thursday, April 20, 2017 | |
| Training | Provide FPD and court employees initial and ongoing annual in-service training on bias per para in Agreement | City | | default one year | ¶ 307 | Thursday, April 20, 2017 | |
| Training | Provide officers with initial and ongoing annual in-service training on stops, searches, and arrests per para in Agreement | City | | default one year | ¶ 308 | Thursday, April 20, 2017 | |
| Training | Provide officers with initial and ongoing annual in-service training on First Amendment per para in Agreement | City | | default one year | ¶ 309 | Thursday, April 20, 2017 | |
| Training | Provide officers with initial and ongoing annual in-service training on use of force per para in Agreement | City | | default one year | ¶ 310 | Thursday, April 20, 2017 | |
| Training | Train dispatchers on use of force per para in Agreement | City | | default one year | ¶ 311 | Thursday, April 20, 2017 | |
| Training | Provide officers and recruits with initial and ongoing annual in-service training on responding to crises per para in Agreement | City | | default one year | ¶ 312 | Thursday, April 20, 2017 | |
| Training | Provide an additional 40h of CIT training to CIT officers | City | | default one year | ¶ 313 | Thursday, April 20, 2017 | |
| Training | Provide SROs with initial and ongoing annual in-service training on topics in para in Agreement | City | | default one year | ¶ 315 | Thursday, April 20, 2017 | |
| Training | Develop and implement supervisory training course for all new and current supervisors per para in Agreement | City | | default one year | ¶ 317 | Thursday, April 20, 2017 | |
| Training | Provide initial and ongoing annual in-service training to all officers on mental health in law enforcement | City | | default one year | ¶ 319 | Thursday, April 20, 2017 | |
| Training | Support regular workshops for officers on issues including officer safety, mental and physical health and illness, fitness and nutrition | City | | default one year | ¶ 320 | Thursday, April 20, 2017 | |
| Training | Provide initial and in-service training for supervisors and officers to assist them in identifying and assisting other officers under severe stress or in need of assistance | City | | default one year | ¶ 321 | Thursday, April 20, 2017 | |
| Training | Provide initial and ongoing annual in-service training to all FPD and court employees on intake, complaints, and misconduct | City | | default one year | ¶ 322 | Thursday, April 20, 2017 | |
| Court Reform | Provide IM and DOJ all data, info, and analysis used to submit City reports under Mo. Rev. Stat. § 479.350 et seq (traffic fine revenue reporting to state dep't of revenue) | City | | default one year | ¶ 324 | Thursday, April 20, 2017 | |
| Court Reform | Ensure defendants receive options for court-management payment plans consistent with policies adhering to para in Agreement | City | | default one year | ¶ 345 | Thursday, April 20, 2017 | |
| Court Reform | Collect outstanding debts consistent with Agreement when person fails to timely fulfill community services obligations or satisfy court debt in time set by court | City | | default one year | ¶ 346 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree

*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Court Reform | Do not use municipal arrest warrants as means of collecting civil court debt | City | | default one year | ¶ 347 | Thursday, April 20, 2017 | |
| Court Reform | Ensure no person is held in custody after arrest because of inability to pay bond | City | | default one year | ¶ 349 | Thursday, April 20, 2017 | |
| Court Reform | Report failures to appear for moving violations to MO Dep't of Revenue only as required by state law | City | | default one year | ¶ 351 | Thursday, April 20, 2017 | |
| Court Reform | Where licenses are suspended for failure to appear or pay fine for moving violation, provide compliance letters per Mo. Rev. Stat. § 302.341.1 immediately after defendant appears in court following suspension | City | | default one year | ¶ 352 | Thursday, April 20, 2017 | |
| Court Reform | Ensure electronic records management system has appropriate controls to limit user access and ability to alter case records, and comports with Sup Ct Mo Operating Rules 1.10 and 2. | City | | default one year | ¶ 355 | Thursday, April 20, 2017 | |
| Court Reform | Provide MO State Courts Administrator w/ all required and requested info and ensure accuracy, and make info public on website | City | | default one year | ¶ 356 | Thursday, April 20, 2017 | |
| Court Reform | Ensure that municipal judge appointed to serve on MC is independent | City | | default one year | ¶ 358 | Thursday, April 20, 2017 | |
| Court Reform | Implement appropriate mechanisms for providing defendants with mental illness of disabilities w/ info about their options for diversion | City | | default one year | ¶ 359 | Thursday, April 20, 2017 | |
| Account-ability | Expressly prohibit all forms of retaliation against any person who reports misconduct | City | | default one year | ¶ 368 | Thursday, April 20, 2017 | |
| Account-ability | Provide appropriate resources to ensure that misconduct mediation program is effective and consistent with best practices | City | | default one year | ¶ 400 | Thursday, April 20, 2017 | |
| Civilian Oversight | Ensure that Civilian Review Board (CRB) ordinance sets forth protocols for selecting CRB members who are representative of all areas and groups within the City | City | | default one year | ¶ 404 | Thursday, April 20, 2017 | |
| Civilian Oversight | Ensure that CRB has resources, training, and capacity to fulfill all tasks in Agreement | City | | default one year | ¶ 406 | Thursday, April 20, 2017 | |
| Civilian Oversight | Enact appropriate City ordinances and take additional measures necessary to ensure CRB effectively performs each of its assigned civilian oversight functions, including specifics in para in Agreement | City | | default one year | ¶ 407 | Thursday, April 20, 2017 | |
| Civilian Oversight | Work with organizations in field of civilian oversight to develop and implement plan for training all CRB members in civilian oversight | City | IM | default one year | ¶ 408 | Thursday, April 20, 2017 | |
| Civilian Oversight | Develop protocols to assess whether CRB is representative of Ferguson community and whether effectively serving civilian oversight functions of Mo Rev Stat § 590.653 | IM | | default one year | ¶ 410 | Thursday, April 20, 2017 | |
| Civilian Oversight | Ensure collection and tracking of all FPD municipal court data as necessary for City assessment, IM assessment, Agreement, FPD policy, and state and federal law | City | FPD | default one year | ¶ 411 | Thursday, April 20, 2017 | |
| Civilian Oversight | Develop and implement data collection plan and related protocols | City | IM | default one year | ¶ 412 | Thursday, April 20, 2017 | |
| Civilian Oversight | Make publicly available all FPD and court policies and protocols and public reports described in Agreement | City | | default one year | ¶ 413 | Thursday, April 20, 2017 | |
| Civilian Oversight | Make data collected under para. 411 of Agreement available on website in summary form annually | City | | default one year | ¶ 414 | Thursday, April 20, 2017 | |

US v Ferguson Consent Decree
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Supervision | Ensure that all FPD employees are provided with info re: scope and function of EIS | City | | 60 days after EIS implementation (one year per ¶ 282 + 60) | ¶ 269 | Monday, June 19, 2017 | |
| Civilian Oversight | Produce annual report describing FPD and court activity per requirements in para in Agreement | City | | 60 days after each year of Agreement's term | ¶ 415 | Monday, June 19, 2017 | |
| Policies & Training | Develop supplemental basic and in-service training per Agreement | FPD | Training Comm | 18 months after effective date | ¶ 53 | Friday, October 20, 2017 | |
| Policies & Training | Review and update FPD Training Plan, including assessment of needs and police officer training program | Training Comm | | every 18 months | ¶ 55 | Friday, October 20, 2017 | |
| Civilian Oversight | Assess CRB operations | CRB Task Force | | 12-18 months after CRB created | ¶ 409 | Monday, April 16, 2018 | |
| Recruitment | Implement Recruitment Plan | City | | 60 days after plan's approval (assuming that "approval" is included in develop't provision in ¶ 282, so 181+60) | ¶ 284 | Friday, April 20, 2018 | |
| Community Engagement | Affiliate with Community Mediation Services of St. Louis to conduct neighborhood mediations | City | | 2 years after Effective Date | ¶ 32 | Friday, April 20, 2018 | |
| Policies & Training | Redevelop field training program for new recruits into PTO program | FPD | | 2 years after Effective Date | ¶ 58 | Friday, April 20, 2018 | |
| Community Engagement | Implement "Neighborhood Policing Plan: A Police Community Partnership" | City | FPD | Two years after implementation of FPD Community Policing Plan (¶ 26) | ¶ 27 | Saturday, April 20, 2019 | |
| Monitor, Compliance, Enforcement | Conduct comprehensive assessment to determine compliance | IM | | 3 years after Effective Date | ¶ 437 | Saturday, April 20, 2019 | |
| Policies & Training | Assess PTO program and modify per emerging police practices and make recommendations to the City as appropriate | Training Comm | | annually | ¶ 62 | Monday, April 20, 2020 | |
| Code Reform | Keep §§ 13-58 (fail to appear), 13-60 (fee for withdrawing complaint), 1-16 (prison for failure to pay fine), and 1-17 (imprisonment for failure to pay fine) repealed | City | | Remain repealed | ¶ 37 | Done | |
| Community Engagement | Continue Youth Advisory Board | City | | ongoing | ¶ 24 | | |
| Policies & Training | Maintain up-to-date, accessible manual of all FPD policies | City | | ongoing | ¶ 46 | | |
| Policies & Training | Disseminate and incorporate changes in law to FPD personnel | City | | ongoing | ¶ 47 | | |
| Bias-free Practices | Administer all programs, etc. w/o discrimination | City | | ongoing | ¶ 65 | | |
| Bias-free Practices | Take immediate corrective action upon learning of discrimination | City | | ongoing | ¶ 71 | | |
| Bias-free Practices | Conduct disparate impact assessments | IM | City | duration of Agreement | ¶ 73 | | |
| Supervision | Provide close and effective supervision per para in Agreement | Supervisors | | ongoing | ¶ 253 | | |
| Court Reform | Ensure compliance with cap on municipal fines and fees revenue. Mo. Rev. Stat. § 479.350 *et seq* | City | | ongoing | ¶ 324 | | |
| Court Reform | Maintain Municipal Ordinance 2014-3565 (reducing and limiting municipal court revenue to be appropriated as part of general budget) | City | | ongoing | ¶ 324 | | |
| Court Reform | Do not impose additional charges, etc. for Failure to Appear or §§ 13-60, 13-63, 13-70(2) or (3). | City | | ongoing | ¶ 342 | | |

**US v Ferguson Consent Decree**
*Do NOT delete any rows.*
*(City through Supervisors)*

| Category | EVENT | Primary PARTY | 2ndary PARTY | TIMELINE | PARA. | Deadline | Implementation Status: City of Ferguson  Assertion and any DOJ response in bold |
|---|---|---|---|---|---|---|---|
| Monitor, Compliance, Enforcement | Submit proposed methodology for assessment, review or audit to Parties | IM | | 30 days before any assessment, audit or review developed per ¶424 | ¶ 426 | | |
| Monitor, Compliance, Enforcement | Post results of baseline and subsequent surveys on City's website and distribute publicly | City | | none | ¶ 432 | | |
| Monitor, Compliance, Enforcement | Analyze results of survey and use analysis to modify and improve FPD policies, training, and practices as needed | City | FPD | none | ¶ 433 | | |
| Monitor, Compliance, Enforcement | Reassign current City employee to serve as Consent Decree Coordinator for duration of Agreement | City | | none | ¶ 454 | | |
| Monitor, Compliance, Enforcement | Collect and maintain all data and records necessary to (a) document compliance with Agreement; and (b) allow FPD or other City officials to perform QA | City | FPD | none | ¶ 455 | | |
| Monitor, Compliance, Enforcement | Agreement termination | All | | after 2 years of full and effective compliance | ¶ 462 | | |