UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:16-cv-180 |
| | ) | |
| THE CITY OF FERGUSON | ) | Hon. Catherine D. Perry |
| | ) | |
| Defendant. | ) | |

### CITY OF FERGUSON'S AMENDMENT TO THE INITIAL STATUS REPORT

Defendant, the City of Ferguson ("the City"), respectfully submits this amendment to the Initial Status Report that was filed on October 17, 2016 to correct a statement in that filing. In § III.C of the Initial Status Report, the City stated that it had "scheduled an event on October 21, 2016 through Urban Strategies, which will include a roundtable discussion with members of the FPD attending." (Dkt. No. 51, at 6). The Ferguson Human Rights Commission, not Urban Strategies, is facilitating that event.

Date:  October 21, 2016

Respectfully submitted,

THE CITY OF FERGUSON

/s/  Jared L. Hasten

DAN K. WEBB (#2954087IL)
JARED L. HASTEN (#6296695IL)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for The City of Ferguson*

-1-

-2-

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that the foregoing was filed electronically on October 21, 2016 with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern District, and was served by ECF notice by operation of the Court's electronic filing system.

                /s/  Jared L. Hasten