UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** December 6, 2016        **Case No.** 4:16CV180 CDP

United States of America    v.   City of Ferguson

**Judge** Perry

**Court Reporter** G. Madden        **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Jude Volek, Amy Senior

**Attorneys for Defendant(s)** Jared Hasten and Apollo Kerry

**Parties present for** Status Hearing.  Counsel heard regarding the implementation of the Consent Decree.  The Court also heard from the Monitor, Clark Ervin.  Order to follow setting the next status conference.

Attorneys Present : _____

Proceedings commenced:   1:04

Proceedings concluded:   1:55