UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4: 16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is set for a **status hearing** on **Wednesday, March 22, 2017 at 2:00 p.m.** in Courtroom 14-South to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2017.