UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 4: 16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

# **ORDER**

This case is set for a status hearing on **Wednesday, March 22, 2017 at 2:00 p.m.** in Courtroom 14-South.  The purpose of the status hearing is to provide the parties and the Monitor with an opportunity to update the court on the status of the implementation of the Consent Decree.

Some members of the public have asked to speak at the upcoming status hearing. The Courts are open to the public and in this case, as in all cases, the public is encouraged to attend and observe court hearings.  In most cases, only the lawyers for the parties to the case are allowed to speak and participate; all others are simply observers. Here, the parties are the Department of Justice and the City of Ferguson; under the terms of the Consent Decree, the Monitor also reports to the Court, including speaking at the status hearings.

At the initial hearing in this case to consider whether to enter the Consent Decree, the Court allowed public comment, recognizing the public interest in the case.  I

continue to recognize that interest, and so it is my intention, from time to time but not necessarily at all status hearings, to allow limited public comment.  Although I will not allow public comments at the hearing next week, I will set aside time at the following status hearing for public comment.  This order schedules that next hearing for **Thursday, June 22, 2017** and sets the ground rules for public comment.

Accordingly,

**IT IS HEREBY ORDERED** that at the status hearing scheduled for **March 22, 2017 at 2:00 p.m.**, the Court will hear only from the lawyers for the Department of Justice, the City of Ferguson, and the Monitor, Clark Ervin.

**IT IS FURTHER ORDERED** that the next status hearing is set for **Thursday, June 22, 2017 at 2:00 p.m. in Courtroom 14 South**.  Members of the public who wish to speak may do so by appearing at Courtroom 14 South between 1:30 and 1:50 p.m. on the day of the hearing to register.  Counsel and parties to the case will be given the opportunity to speak first.  Statements by members of the public will be taken in the order the person signed up and will be limited to five minutes each.  All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2017.