## UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
## JUNE 22, 2017

### PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
| --- | --- |
| 1. Patricia Shropshire | |
| 2. Ank Ankenbrand | |
| 3. Blake Ashby | |
| 4. Susan Clark | |
| 5. JOHN CHASNOFF | |
| 6. Gerry Noll | |
| 7. Cassandra Butler | |
| 8. Nick Kasoff | |
| 9. Emily Davis | |
| 10. Keith Rose | |
| 11. Dara Ashby | |
| 12. Anthony Ellis | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |