OVERVIEW OF DOCUMENTS SUBMITTED TO JUDGE CATHERINE PERRY RE:

FERGUSON CONSENT DECREE – CASE NO. 4: 16 CV 180 CDP

Statement of Dara Ashby, 17 year Ferguson resident, on actions of a small group in the Ferguson Neighborhood Policing Steering Committee (NPSC)

Copy of images shown at the May 2017 Ferguson NPSC meeting showing Ferguson Council members interspersed with KKK members, including David Duke
Copy of colored image of logo on banner, which showed in black and white on tshirts

List of approximately 100 initial attendees at the early NPSC meetings

Copy of email sent to Ferguson City Manager and Council by Blake Ashby addressing challenges with the NPSC operations.

Copy of proposed bylaws for NPSC operations, prepared by Blake Ashby

Copy of statement from Ank Ankenbrand

Your Honorable Judge Perry,

There are many residents that want to help make Ferguson an example to our Country of what a diverse community should look like. The Ferguson Neighborhood Policing Steering Committee is supposed to be an organization that allows Ferguson residents to participate in making our city better.  Most of these residents as well as youth ministers have quit coming to the Ferguson Neighborhood Policing Steering Committee because of the disrespect, contention, hostility, and lack of organization demonstrated by a handful of attendees.

Since the first NPSC meeting about 2 ½ years ago, the attendees dropped from over 100 to now about 20 individuals. Sadly, many have said they will not return until things change. The Ferguson community in not being represented.

An example of the hostile contention displayed by a member of the NPSC is a slide shown at the May general NPSC meeting.  It shows 2 of our city council members, and kids, wearing a donated t-shirt at the recent NPSC Community Outreach Committee Spring Fling event, mixed in with pictures of David Duke and other members of the KKK.

The event was a success.  It was held in the neighborhood where Michael Brown was killed. The event drew in about 300 residents from this area, police and residents interacted.  No one indicated anything but positive comments, and four new people that attended the event then came to the next NPSC meeting, held in late May.

The 4 new residents that were recruited did not return to the June meeting, because of this hateful act of using the KKK images next to our council members. This type of act should not be tolerated.

We are begging for your help to get this group back to representing the entire Ferguson community and not just the few that seem like they are trying to keep the NPSC from accomplishing its goals and keep our city from moving forward. We need your blessing to move to a voting structure that will allow the NPSC to start achieving its mandates under the Consent Decree and insure that some residents do not use divisive, hateful tactics to keep our city from moving forward.

I respectfully request your consideration.

Dara Ashby
Ferguson Resident



## NPSC: Confirming right to vote

**Blake Ashby** <blake.ashby@adjudica.net>                                   Wed, Jun 14, 2017 at 1:37 PM
To: "jknowles@fergusoncity.com" <jknowles@fergusoncity.com>, ejones@fergusoncity.com, llipka@fergusoncity.com, Heather Robinett <hrobinett@fergusoncity.com>, lmitchom@fergusoncity.com, Keith Kallstrom <kkallstrom@fergusoncity.com>, Wesley Bell <wbell@fergusoncity.com>, De'Carlon Seewood <dseewood@fergusoncity.com>, Delrish Moss <dmoss@fergusoncity.com>, Frank McCall <fmccall@fergusoncity.com>, Dara Hoffman <dara.hoffman@adjudica.net>, Opittman@fergusoncity.com

Hi De'Carlon. Thank you again for confirming that the participants in the Neighborhood Policing Steering Committee do have the right to vote to decide the structure of the organization.

To recap the issue, the original structure proposed by our consultant, Peter Bellmio, was traditional – co-chairs, steering committee, attempt to reach consensus on any issue but chair can end debate and call for a vote. For whatever reason, the activist community did not want this structure. After more than seven months of discussion, we finally gave in and agreed to try their approach for operations – no co-chairs or formal leadership, and instead of voting consensus with blocking concern – any person could stop any initiative or proposal.

When we agreed to this structure, it was for questions that came before the NPSC, not for deciding the basic structure. It was explicitly stated that if the majority did not feel the structure was effective, we could change the structure down the road.

We have now run with the "blocking concerns" approach for a year, and it has not proven effective. We have lost most of our participants out of frustration, and almost nothing has been done other than the outreach events that are organized by the outreach sub-committee. We are not even allowed to require regular attendance – any person can show up at any meeting and block progress. It's hard to describe how frustrating this has become.

The majority of the remaining participants would like to move back to a traditional structure with co-chairs and, after attempts to reach consensus, voting, and no "blocking". A small sub group refuses to allow a vote on structure – they keep insisting that "blocking" can be used for keeping members from voting on the structure or membership.

Again, this was not what we agreed to a year ago. We now have a very undemocratic process where a small group of people, half non-residents, are keeping the residents of Ferguson from controlling the organization.

With your confirmation that the residents and participants of the NPSC do have the right to vote on the structure of the organization, we will move forward with the process of introducing possible changes to the structure and bylaws, and eventually hold a vote on our structure for the upcoming year.

Thank you for your assistance with this matter.

Blake Ashby

---

**Blake Ashby** <blake.ashby@adjudica.net>                                              Wed, Jun 14, 2017 at 1:38 PM
To: Jenkin Annette <annbell1123@gmail.com>, "Adrian Shropshire (adrianshropshire@hotmail.com)" <adrianshropshire@hotmail.com>, ank ankenbrand <rsank@sbcglobal.net>

fyi
[Quoted text hidden]

---

**De'Carlon Seewood** <Dseewood@fergusoncity.com>                                        Wed, Jun 14, 2017 at 4:24 PM
To: Blake Ashby <blake.ashby@adjudica.net>, "James Knowles (City Hall)" <JKnowles@fergusoncity.com>, Ella Jones <ejones@fergusoncity.com>, Linda Lipka <llipka@fergusoncity.com>, Heather Robinett <hrobinett@fergusoncity.com>, "Laverne Mitchom (City Hall)" <lmitchom@fergusoncity.com>, Keith Kallstrom <kkallstrom@fergusoncity.com>, Wesley Bell <wbell@fergusoncity.com>, Delrish Moss <dmoss@fergusoncity.com>, Frank McCall <fmccall@fergusoncity.com>, Dara Hoffman <dara.hoffman@adjudica.net>, Octavia Pittman <opittman@fergusoncity.com>

Blake,


Your interpretation is consistent with the way the City reads the consent decree provisions related to the NPSC. I would recommend that you reach out to the DOJ and the Monitor for additional perspective regarding the applicable provisions.


De'Carlon Seewood, ICMA-CM

City Manager

City of Ferguson, Missouri

110 Church Street

Ferguson, MO  63135

314-524-5151


**From:** Blake Ashby [mailto:blake.ashby@adjudica.net]
**Sent:** Wednesday, June 14, 2017 1:38 PM
**To:** James Knowles (City Hall); Ella Jones; Linda Lipka; Heather Robinett; Laverne Mitchom (City Hall); Keith Kallstrom; Wesley Bell; De'Carlon Seewood; Delrish Moss; Frank McCall; Dara Hoffman; Octavia Pittman
**Subject:** NPSC: Confirming right to vote


Hi De'Carlon.  Thank you again for confirming that the participants in the Neighborhood Policing Steering Committee do have the right to vote to decide the structure of the organization.

[Quoted text hidden]

**Blake Ashby** <blake.ashby@adjudica.net>                          Thu, Jun 15, 2017 at 12:58 PM
To: Marveena Miller <marveenamiller@hotmail.com>, tom claffy <tomclaffy@gmail.com>, Dara Hoffman <dara.hoffman@adjudica.net>

Marveena and Tom

Below is the email to De'Carlon noting the situation on the NPSC and confirming the City's stance that we should be able to vote on structure. Attached are the draft bylaws. Our plan is to have copies of the bylaws at tonight's meeting, and hopefully get it on the agenda to discuss.

Thanks

Blake

---------- Forwarded message ----------
From: **Blake Ashby** <blake.ashby@adjudica.net>
Date: Wed, Jun 14, 2017 at 1:37 PM
Subject: NPSC: Confirming right to vote
To: "jknowles@fergusoncity.com" <jknowles@fergusoncity.com>, ejones@fergusoncity.com, llipka@fergusoncity.com, Heather Robinett <hrobinett@fergusoncity.com>, lmitchom@fergusoncity.com, Keith Kallstrom <kkallstrom@fergusoncity.com>, Wesley Bell <wbell@fergusoncity.com>, De'Carlon Seewood <dseewood@fergusoncity.com>, Delrish Moss <dmoss@fergusoncity.com>, Frank McCall <fmccall@fergusoncity.com>, Dara Hoffman <dara.hoffman@adjudica.net>, Opittman@fergusoncity.com

[Quoted text hidden]

📎 **NPSC_Bylaws_2017_1-0.docx**
20K

## Revised "NPSC Operations" Section of By Laws

**Co-Chairs:** The Voting Members of the NPSC will elect Co-chairs who shall serve one year terms. The Co-chairs must be Ferguson stakeholders. The Co-chairs will serve as the primary point of contact between the NPSC and the Police Department, City and the public and serve as spokespersons. The Co-chairs will preside over meetings, including voting, and shall be responsible for overseeing development and circulation of meeting agendas.

**Secretary:** The Co-chairs shall appoint a Secretary, who shall also serve a one year term. The Secretary is responsible for recording votes at meetings, for maintaining attendance lists, notes and other NPSC documents and for addressing challenges of specific Member's voting status.

**Voting:** All decision making is to be by majority vote of the Voting Members in attendance at the full NPSC meeting. Consensus should be reached as much as possible through the refinement of proposals and compromise among attendees so as to accommodate differing points of view prior to a Co-chair calling for a vote.

**Voting Members:** Voting Members are Ferguson stakeholders (residents, owners or employees of Ferguson businesses or a member of a Ferguson not for profit) or Active Participants that have attended the previous two meetings.

**Notice:** Any changes to the structure or operation of the NPSC or a create or change a sub-committee or approve its output must be proposed at an NPSC full meeting and voted upon at the next full meeting. Election of co-chairs must also be announced at a full meeting, to be voted upon at the next full meeting. Nominees for co-chair must be Ferguson Stakeholders.

**Other Attendees:** All meetings of the NPSC are open to the public. Anyone from the community or a City agency can attend the meetings and address the NPSC during the public comment portion of the meeting.

**Sub-Committees:** The NPSC shall periodically establish sub-committees to address specific responsibilities of the NPSC or for specific tasks.

**Facilitation Committee:** Voting Members shall periodically select Voting Members to serve as a facilitation committee to assist the Co-chairs.

**Meeting Conduct:** Frankness, candor, respect and courtesy will be expected from participants in the work of the NPSC. Attendees of the NPSC should demonstrate through their conduct the level of respectful and courteous communication needed in the community among people to create partnerships. Any attendee at an NPSC meeting whose conduct is deemed by the facilitators to be detrimental to the work of the NPSC will be asked to leave that meeting.

Thank you for this opportunity to address the court. My wife and I have lived in Ferguson for 43 years. We moved to Ferguson when the Ferguson-Florissant School District was merging with the Berkeley & Kinloch Districts. We were then, and continue to be, committed to living in a diverse community.

We also believe that living in a community involves participating in that community and as such my wife served 16 years on the city council and I was a member of the school board for 9 years.

We have carried on that belief in service to the community by being a part of the Neighborhood Policing Steering Committee since its inception. We have taken an active role in organizing and carrying out a number of successful events designed to bring the police and residents (young and old) together. It is unfortunate that the monitoring team is not here to see the positive interaction between residents and the police at these and other events.

While we feel some positive strides are being made by our subcommittee, the Neighborhood Policing Steering Committee as a whole struggles. We are handicapped by having to operate under a consensus model that some in the group have orchestrated. In addition, it is my belief that there are some on the committee who do not want it to succeed, who look for opportunities to sow discontent. We started with almost 100 people that were interested in being a part of the committee and we are now down to about 20. We also are thinking of quitting.

If the DOJ or the monitoring committee have any stake in our success, we could use some of their expertise and guidance, and we have received none.

*[signature]*