RE. REPORT ON MONITOR BILLING
PARTS 1 + 2

WEBSITE: CAPCR-STL.ORG

BOTH PARTS FEATURED ON WEBSITE SLIDER AT TOP

JOHN CHASNOFF

*[signature: John Chasnoff]*