UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This case is set for a status hearing on **Tuesday, December 12, 2017 at 1:00 p.m.** in Courtroom 14-South. The purpose of the status hearing is to provide the parties and the Monitor with an opportunity to update the court on the status of the implementation of the Consent Decree. Members of the public, in addition to the monitor and counsel for the parties, will be allowed to speak as set out below.

Accordingly,

**IT IS HEREBY ORDERED** that a status hearing will be held on **Tuesday, December 12, 2017 at 1:00 p.m.** in Courtroom 14 South.

**IT IS FURTHER ORDERED** that any members of the public who wish to speak may do so by appearing at Courtroom 14 South between 12:30 and 12:50 p.m. on the day of the hearing to register. Counsel and parties to the case will be given the opportunity to speak first. Statements by members of the public will be

taken in the order the person signed up and will be limited to five minutes each. All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

                                             _____
                                             CATHERINE D. PERRY
                                             UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2017.