# UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
### December 12, 2017

## PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. Michael-John Voss | [signature] |
| 2. Keith Rose | [signature] |
| 3. | |
| 4. Ashley Carter (12:50) | Ashley A. Carter |
| 5. JOHN CHASNOFF | [signature] |
| 6. Mildred Clines (12:59) | Mildred Clines |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

| UNITED STATES OF AMERICA V. THE CITY OF FERGUSON |
|---|
| JUDGE CATHERINE D. PERRY |
| COURTROOM 14 SOUTH |
| December 12, 2017 |

## PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 1:05  7. Felicia Pulliam | (signature) |
| 1:06  8. Emily Davis | (signature) |
| 1:06  9. (illegible) | Brendan Roediger |
| 1:07  10. Dorecka Plumell | Ralph R. |
| 1:10  11. Cassandra Butler | Cassandra Butler |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |