UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4:16-cv-000180-CDP |
| | ) | |
| Plaintiff, | ) | JUDGE CATHERINE D. PERRY |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER APPROVING NATASHIA TIDWELL
AS LEAD CONSENT DECREE MONITOR

As discussed at the December 12, 2017 status hearing, the Court approves the appointment of Natashia Tidwell of Hogan Lovells US LLP as the Lead Monitor for the Consent Decree ("Decree") [Docket No. 41] effective December 12, 2017. Ms. Tidwell shall have the duties, authority, and responsibilities of the Monitor as set forth in the Decree, including the discretion to select additional members of the Monitoring Team pursuant to the procedures set forth in Paragraph 423 of the Decree.

SO ORDERED this 2nd day of ~~December, 2017~~ January, 2018

_____
District Judge Catherine D. Perry