UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Tuesday, March 6, 2018 at 10:00 a.m. in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.

**IT IS FURTHER ORDERED** that a quarterly status hearing will be held on **Tuesday, June 26, 2018 at 2:00 p.m. in Courtroom 14 South**. The purpose of this status hearing is to provide the parties and the Monitor with an opportunity to update the court on the status of the implementation of the Consent Decree. Members of the public, in addition to the monitor and counsel for the parties, will be allowed to speak at the **June 26, 2018** hearing as set out below.

**IT IS FURTHER ORDERED** that any members of the public who wish to speak at the **June 26, 2018** hearing may do so by appearing at Courtroom 14 South between 1:30 and 1:50 p.m. on the day of the hearing to register. Counsel and parties to the case will be given the opportunity to speak first. Statements by members of the public will be taken in the order the person signed up and will be limited to five minutes each. All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2018.