# APPENDIX A

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# Implementation of Consent Decree
## Stated Goals: March 2018 – July 2019[1]

| Consent Decree Section | Remaining Quarter of Year Two (03/18 – 07/18) | Year Three (08/18 – 07/19) |
|---|---|---|
| **Training** | <ul><li>Finalize systems and protocol for development of training</li><li>Where applicable, develop schedule for delivery of training</li><li>Train FPD personnel on the Consent Decree</li></ul> | <ul><li>Continue development of schedule for delivery of training</li><li>Review and update Training Plan as required by Consent Decree</li><li>Train on developed policies</li></ul> |
| **Community Policing & Engagement** | <ul><li>Finalize community-policing policy</li><li>Solicit additional community feedback on community-policing policy</li><li>Develop community-engagement plan</li><li>Develop neighborhood mediation plan</li><li>Release results of Officer Attitudes and Perceptions Survey</li></ul> | <ul><li>Begin training and implementation of community-policing plan</li><li>Begin hosting small-group dialogues between FPD and community members</li><li>Establish Neighborhood Associations in each of Ferguson's apartment complexes</li><li>Monitoring Team to re-administer survey to FPD officers</li><li>Monitoring Team to administer community survey</li></ul> |
| **Bias-Free Police & Court Practices** | <ul><li>Initiate policy development</li></ul> | <ul><li>Complete policy development</li><li>Train on developed policy</li><li>Implement developed policy</li><li>Initiate review of policies pertaining to officer response to allegations of domestic violence and sexual assault</li></ul> |
| **Voluntary Contacts, Stops, Searches,** | <ul><li>Initiate policy development</li><li>Monitoring team to audit citations, arrest reports, and field inquiry</li></ul> | <ul><li>Complete policy development</li><li>Train on developed policy</li></ul> |

---

[1] The provisions outlined in this Appendix represent the six priority areas identified by the Parties (see Monitor Report, Section II) as well as other areas on which the Parties intend to make significant progress over the next year.  At the start of Year Three (August-October 2018), the Monitoring Team will publish a comprehensive work plan, which will include a schedule for the implementation of all aspects of the Consent Decree.

1

Case: 4:16-cv-00180-CDP   Doc. #:  85-1   Filed: 03/30/18   Page: 3 of 6 PageID #: 1467

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| | | |
|---|---|---|
| **Citations, & Arrests** | reports to establish baseline assessment for future audits | • Implement developed policy |
| **Use of Force** | • Complete use of force policy development<br>• Monitoring team to audit FPD use of force and incident reports to establish baseline for future audits | • Train on developed policies<br>• Implement developed policies |
| **Recruitment** | • Train FPD officers on approved recruitment plan<br>• Implement developed policy<br>• Initiate compliance audit | • Revise recruitment plan as necessary |
| **Municipal Court Reform** | • Monitoring Team to conduct March 2018 audit<br>• City and DOJ to develop policies | • Implement changes to Municipal Court operations in response to March 2018 audit results<br>• Develop comprehensive manual of all policies, procedures, and protocols pertaining to the Municipal Court<br>• Develop and implement public education campaign regarding Municipal Court operations<br>• Develop protocols for regular cost-feasible, data-driven, qualitative assessments of court practices<br>• Monitoring Team to conduct September 2018 and March 2019 audits |
| **Municipal Code Reform** | • Initiate development of plan for the reassessment and revision of the Municipal Code | • Implement reassessment and revision plan<br>• Continue to obtain feedback from Ferguson community, including ongoing review of the Municipal Code by the NPSC |
| **Accountability** | • Complete disciplinary matrix to supplement complaint investigation policy<br>• Complete policy development | • Implement developed policies<br>• Train on developed policies<br>• Monitoring Team to conduct audit of internal investigations to establish baseline for future audits |
| **School Resource Officer Program** | • Finalize MOU between FPD and FFSD | • Implement MOU |

Case: 4:16-cv-00180-CDP   Doc. #:  85-1   Filed: 03/30/18   Page: 4 of 6 PageID #: 1468

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

|  | • Develop school resource officer program operations manual |  |
| --- | --- | --- |
| **Body-Worn & In-Car Cameras** | • Complete body-worn and in-car camera policy development | • Train on developed policies<br>• Implement developed policies<br>• Develop and/or implement policies regarding storage, retention, and public accessibility of body-worn and in-car camera recordings |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# APPENDIX B

Case: 4:16-cv-00180-CDP   Doc. #:  85-1   Filed: 03/30/18   Page: 6 of 6 PageID #: 1470

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# Good Cause Criteria
## Comprehensive Amnesty Program

Pursuant to Paragraph 326 of the Consent Decree in <u>U.S. v. City of Ferguson</u>, the City of Ferguson will eliminate all warrants and decline prosecution in cases initiated prior to January 1, 2014 unless, in the judgment of the City Prosecutor, good cause exists to continue prosecution. For purposes of this Program, the City will continue prosecution of any case initiated before January 1, 2014, if one or more of the following criteria are met:

1. The offense originally charged involved assaultive behavior or reckless endangerment to others, to include Driving While Intoxicated; or

2. The offense originally charged involves an identified victim who is available to assist in further prosecution of the pre-2014 case; or

3. The offense originally charged is a Driving While License Suspended or Driving While License Revoked, **AND**

    a. The original Driving while License Suspended charge was issued because of something other than failing to appear or pay pursuant to RSMo 302.341.1; **AND**

    b. The defendant is unable to show that either his license was reinstated, or that he is no longer driving.

    If the first and any subsequent Driving while License Suspended or Driving While License Revoked charges were issued because the defendant's license was suspended based on failing to appear or pay pursuant to RSMo 302.341.1, the prosecutor will dismiss the charge(s).

4. The defendant has been convicted, either through plea or verdict, of an additional offense since 2014 that involves assaultive behavior, reckless endangerment to others, to include Driving While Intoxicated; or

5. The City Prosecutor reasonably believes that, in the interests of justice and public safety, the case should proceed. For cases left open under this provision, the City Prosecutor shall articulate the factors leading to the decision to continue prosecution in a written statement of findings.