**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  4:16-cv-00180-CDP |
| Plaintiff, | ) | |
| v. | ) | |
| THE CITY OF FERGUSON, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO MODIFY PARAGRAPHS 80, 81(a), 115, AND 341 OF THE CONSENT DECREE

The United States and the City of Ferguson ("Parties") jointly file this Motion to Modify Paragraphs 80, 81(a), 115, and 341 of the Consent Decree filed in this case.  For the reasons set forth in the accompanying Memorandum in Support of this Motion, the Parties respectfully request that the Court grant this Motion and approve the modifications contained therein.

Respectfully submitted this 18th day of June, 2018.

For the Plaintiffs:    STEVEN H. ROSENBAUM
Section Chief
Special Litigation Section

JUDE VOLEK
Special Counsel
Special Litigation Section

*/s/  Charles Hart*
CHARLES HART
AMY SENIER
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-3192
Facsimile: (202) 514-6903
Email: charles.hart@usdoj.gov
Permanent Bar Number 4282281NY
NY Bar Registration Number 4282281

*Attorneys for the United States*

For the Defendant:    */s/ Apollo Carey*
APOLLO CAREY
Lewis Rice
600 Washington Ave, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7788
Facsimile: (314) 612-7788
Email: acarey@lewisrice.com

*Attorney for the City of Ferguson*

## **CERTIFICATE OF SERVICE**

      I certify that on June 18, 2018, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

<em>/s/  Charles Hart</em>