# UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
### June 26, 2018

**PUBLIC COMMENT SIGN IN SHEET**
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. Francesca Griffin | Francesca Griffin |
| 2. JOHN CHASNOFF | John Chasnoff |
| 3. Felicia Pulliam | Felicia |
| 4. Justin Idleburg | Justin |
| 5. Mildred Clines | Mildred Clines |
| 6. Thomas Harvey  (1:50) | TLB. |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |