UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF FERGUSON, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:16 CV 180 CDP |

## ORDER

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Tuesday, September 18, 2018 at 3:00 p.m**. **in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.  The hearing will be held in open court and the public is welcome to attend, but only the parties and the monitor will make presentations or comments at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2018.