**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | NO. 4:16-cv-000180-CDP |
| ) | |
| **Plaintiff,** ) | **JUDGE CATHERINE D. PERRY** |
| ) | |
| v. ) | |
| ) | |
| **THE CITY OF FERGUSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

## JOINT MEMORANDUM

A Joint Motion for Entry of Consent Decree was filed by the City of Ferguson and the United States of America (collectively, "the Parties") on March 17, 2016.  ECF No. 12.  On April 19, 2016, the Court approved and entered the Consent Decree.  ECF No. 41.  The Parties jointly proposed amendments to Paragraphs 80, 81(a), 115, and 341 of the Consent Decree on June 18, 2018, ECF No. 86, which the Court approved on June 21, 2018, ECF No. 88.  These amendments were discussed at the quarterly status hearing on June 26, 2018, and are the only modifications that have been made to the Consent Decree.  *See* ECF No. 91.  All other provisions of the Consent Decree remain in full force and effect.

For the benefit of the Court, the Parties, and the public, the Parties now file the attached Amended and Restated Consent Decree, which is an updated version of the Consent Decree reflecting the amendments approved by the Court on June 21, 2018.  This version reflects only those amendments ordered by the Court, and does not contain any new amendments.

Respectfully submitted this 15th day of November, 2018.


For the Plaintiffs:	STEVEN H. ROSENBAUM
Section Chief
Special Litigation Section

JUDE VOLEK
Special Counsel
Special Litigation Section

 */s/ Megan R. Marks*
AMY SENIER
CHARLES HART
MEGAN R. MARKS
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2579
Facsimile: (202) 514-6903
Email: megan.marks@usdoj.gov
Permanent Bar Number:  5495676NY

*Attorneys for the United States*


For the Defendant:	 */s/ Apollo Carey*
APOLLO CAREY
Lewis Rice
600 Washington Ave, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7788
Facsimile: (314) 612-7788
Email: acarey@lewisrice.com

*Attorney for the City of Ferguson*

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2018, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

<i>/s/ Megan R. Marks</i>