UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **MEMORANDUM AND ORDER**

This case is currently set for a quarterly status hearing on **Wednesday, December 5, 2018 at 11:00 a.m. in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of the implementation of the Consent Decree. Members of the public will also be allowed to speak at the hearing as long as they comply with the requirements set out in the October 11, 2018 Order.[1]  **I will also consider written comments from the public if they are submitted in compliance with the following requirements**:

---

[1] The Court's October 11, 2018 Order is Docket Entry 96 in the Court's public docket for this case and can also be found on the Court's website at www.moed.uscourts.gov under the link for this case in "Multidistrict Litigation Cases (MDL) & Other Cases of Interest."

**IT IS HEREBY ORDERED** that any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by filing a written submission of no more than 10 pages with the Clerk of this Court. **<u>Written submissions must be received no later than Friday, November 30, 2018 at 4:30 p.m.</u>** Written submissions may be hand delivered or mailed to:

>  Clerk of Court
> United States District Court
> Thomas Eagleton United States Courthouse
> 111 South 10th Street
> St. Louis, Missouri 63102
> Re: United States v. City of Ferguson, Case No. 4: 16 CV 180 CDP

All written submissions considered will be filed in the Court's public docket in this case and will be made publicly available on the Court's website. <u>Persons making written submissions must include their full names on the letter or document they submit, but must not put their addresses on the letter or document itself because addresses will not be made public</u>. Instead, the submitting party's full name and address must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal.

**No emails, telephone calls, anonymous submissions, written submissions that do not comply with these requirements, or untimely submissions will be accepted.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2018.