Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case   No.   4:16-cv-180** |
| **v.** | ) | |
| | ) | **Hon. Catherine D. Perry** |
| **THE CITY OF FERGUSON,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**<u>APPENDICES TO FALL 2018 SEMIANNUAL REPORT</u>**

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# APPENDIX A

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# Implementation of Consent Decree
## Stated Goals: October 2018 – March 2019[1]

| Consent Decree Section | Completed During Reporting Period April 1, 2018 – September 30, 2018 | To Be Completed Next Reporting Period October 1, 2018 – March 30, 2019 |
|---|---|---|
| **Policy Revision & Review** | • Parties modified the policy revision and review protocol to allow for officer and community comment on developed policies prior to implementation<br>• Completed renumbering of use of force general orders | • Assemble and maintain up-to-date manual of all FPD policies and procedures<br>• Continue to renumber existing and revised policies |
| **Training** | • Where applicable, developed schedule for delivery of training<br>• Trained FPD personnel on the Consent Decree<br>• Finalized systems and protocol for development of rollcall training | • Develop Training Plan as required by Consent Decree<br>• Train on developed policies |
| **Community Policing & Engagement** | • Finalized community policing policy | • Post community policing policy for officer and public comment<br>• Conduct roll call and in-service training on community policing policy<br>• Develop community engagement plan<br>• Develop neighborhood mediation plan<br>• Develop plan for responding to NPSC recommendations<br>• Develop shift schedule and deployment plan<br>• Release results of Officer Attitudes and Perceptions Survey<br>• Begin hosting small-group dialogues between FPD and community members<br>• Establish Neighborhood Associations in each of Ferguson's apartment complexes<br>• Monitoring Team to re-administer survey to FPD officers<br>• Monitoring Team to administer community survey |

---

[1] The provisions outlined in this Appendix represent the six priority areas identified by the Parties (see Monitor Report, Section II) as well as other areas on which the Parties intend to make significant progress over the next reporting period.

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| | | |
|---|---|---|
| **Voluntary Contacts, Stops, Searches, Citations, & Arrests** | • Initiated policy development | • Post policies for officer and public comment<br>• Complete policy development and conduct rollcall trainings on investigatory stops and detentions and field investigation reports<br>• Continue to develop policy in other areas<br>• Monitoring team to conduct baseline audit of arrest reports and field inquiry reports |
| **Use of Force** | • Completed use of force policy development | • Post policies for officer and public comment<br>• Train on developed use of force policies<br>• Develop training curriculum for use of force reporting and investigation policy<br>• Monitoring team to audit FPD use of force and incident reports to establish baseline for future audits |
| **Recruitment** | • Drafted recruitment plan and began negotiations with respect to salary provision | • Finalize recruitment plan<br>• Train FPD officers on approved recruitment plan<br>• Implement developed policy<br>• Initiate compliance audit<br>• Revise recruitment plan as necessary |
| **Municipal Court Reform** | • Monitoring Team conducted September 2018 audit<br>• Developed policies regarding: notice to individuals; continuances; ability-to-pay determinations; alternative sentences and payment plan options; municipal arrest warrants; and fair trial procedures | • Monitoring Team to conduct March 2019 audit<br>• Complete policy development<br>• Develop and implement public education campaign regarding Municipal Court operations |
| **Accountability** | • Completed policy development<br>• Incorporated community feedback into Internal Investigations Policy | • Post policies for officer and public comment<br>• Implement developed policies<br>• Train on developed policies<br>• Monitoring Team to conduct audit of internal investigations to establish baseline for future audits |
| **School Resource Officer Program** | • Finalized MOU between FPD and FFSD | • Continue development of SRO Manual<br>• Host policy forum<br>• Implement MOU |
| **Body-Worn & In-Car Cameras** | • Completed body-worn and in-car camera policy development | • Post policies for officer and public comment<br>• Train on developed policies<br>• Implement developed policies<br>• Develop and/or implement policies regarding |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| | | |
|---|---|---|
| | | public accessibility of body-worn and in-car camera recordings |
| **Bias-Free Police & Court Practices** | | • Initiate policy development<br>• Host policy forum |
| **Municipal Code Reform** | | • Initiate development of plan for the reassessment and revision of the Municipal Code<br>• Continue to obtain feedback from Ferguson community, including ongoing review of the Municipal Code by the NPSC |
| **Supervision** | | • Develop shift schedule and deployment plan<br>• Develop curriculum for Supervisor Trainings |
| **Data Collection** | | • Identify a data collection coordinator<br>• Identify all data-based provisions of the Use of Force; Stop, Search, Arrest, and Citation; and Bias-Free Policing sections of the Consent Decree and analyze whether the required data is currently tracked within FPD, and if so, how.  To the extent data measures are not currently tracked by the FPD, the data coordinator must identify where and how such data will be tracked in the future. |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# APPENDIX B

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# Good Cause Criteria
## Comprehensive Amnesty Program

Pursuant to Paragraph 326 of the Consent Decree in *U.S. v. City of Ferguson*, the City of Ferguson will eliminate all warrants and decline prosecution in cases initiated prior to January 1, 2014 unless, in the judgment of the City Prosecutor, good cause exists to continue prosecution. For purposes of this Program, the City will continue prosecution of any case initiated before January 1, 2014, if one or more of the following criteria are met:

1. The offense originally charged involved assaultive behavior or reckless endangerment to others, to include Driving While Intoxicated; or

2. The offense originally charged involves an identified victim who is available to assist in further prosecution of the pre-2014 case; or

3. The offense originally charged is a Driving While License Suspended or Driving While License Revoked, **AND**

    a. The original Driving while License Suspended charge was issued because of something other than failing to appear or pay pursuant to RSMo 302.341.1; **AND**

    b. The defendant is unable to show that either his license was reinstated, or that he is no longer driving.

    If the first and any subsequent Driving while License Suspended or Driving While License Revoked charges were issued because the defendant's license was suspended based on failing to appear or pay pursuant to RSMo 302.341.1, the prosecutor will dismiss the charge(s).

4. The defendant has been convicted, either through plea or verdict, of an additional offense since 2014 that involves assaultive behavior, reckless endangerment to others, to include Driving While Intoxicated; or

5. The City Prosecutor reasonably believes that, in the interests of justice and public safety, the case should proceed.  For cases left open under this provision, the City Prosecutor shall articulate the factors leading to the decision to continue prosecution in a written statement of findings.

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# APPENDIX C

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

## Ferguson Monitorship Cost Summary: Years One & Two

The chart below summarizes the total cost of $648,756.36 for work performed by the Monitoring Team during the first two years of the Monitorship.  Specifically, the Monitoring Team charged $350,000 to the City of Ferguson in Year One and $298,756.36 in Year Two.  Per the "Agreement Regarding Monitoring Costs," which was signed by the Parties on February 5, 2016, monitoring of ongoing compliance and implementation of the Consent Decree by the Ferguson Police Department and Municipal Court will not cost more than $1.25 million in total or more than $350,000 in any single year, for five years.  Accordingly, the Monitoring Team rolled over, to Year Two,  any fees for work performed in Year One that were in excess of the $350,000 annual cost cap.  These Year One excess fees, which amounted to $159,028.03, were incorporated into the Year Two costs.

In total, fees for work performed by the Monitoring Team in Year Two amounted to $207,908.33. However, Hogan Lovells US LLP wrote off $68,180.00 of its fees for work performed by its attorneys on a *pro bono* basis.  As a result, the Monitoring Team charged the City $139,728.33 for work performed during Year Two.  The $139,728.33 was thus added to the $159,028.03 in fees for work performed in Year One for a total Year Two Monitoring cost of $298,756.36.



Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

# APPENDIX D

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | **COMMUNITY POLICING & ENGAGEMENT** | | | | |
| 19 | City to host and participate in group structured dialogues, arranged and led by a qualified neutral facilitator, between police officers and community members and groups, with an emphasis on community members and groups who previously have not had strong or positive relationships with FPD or the City. | City to select Neutral Facilitator.<br><br>**Completion date: 12/31/2018** | Develop plan for structured dialogues and submit to MT (Stewart & Parish).<br><br>**Completion date: 01/31/2019** | Begin first series of structured dialogues.<br><br>**Completion date: 04/31/2019** | |
| 20 | City and FPD to develop a community-engagement plan in consultation with the Neighborhood Policing Steering Committee ("NPSC"), the Civilian Review Board ("CRB"), individuals and groups within Ferguson, and community stakeholders who can provide unique perspectives and assistance, such as local colleges and universities. | Designate Community Outreach Coordinator.<br><br>**Completion date: 12/31/2018** | Develop Community Engagement Plan (and Crime Prevention Plan if needed) and submit to MT (Stewart & Parish).<br><br>**Completion date: 04/30/2019** | Public Comment Period for Community Engagement Plan and roll call/training briefing.<br><br>**Completion date: 07/31/2019** | |
| 23 | City, in consultation with FPD and the NPSC, to develop and implement policies to receive, consider, respond to, and act upon NPSC recommendations in a fully transparent and timely manner. The City will designate a City employee to provide administrative support necessary for the NPSC to effectively perform its advisory function. | Develop Policy for Responding to NPSC Recommendations and submit to MT (Stewart & Parish).<br><br>**Completion date: 04/30/2019** | Public Comment Period for NPSC Recommendations Policy and roll call training/briefing.<br><br>**Completion date: 07/31/2019** | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 25 | The City to assist with the establishment of a Neighborhood Association in each of Ferguson's apartment complexes. | Establish Neighborhood Associations in Apartment Complexes.<br><br>**Completion date: 04/30/2019** | | | |
| 26 | City to develop an FPD crime-prevention plan and community-policing plan to ensure that policing is oriented around community priorities and partnerships and based on problem-solving principles. | Finalize CP policy and submit to MT (Stewart).<br><br>**COMPLETE** | Public Comment Period for Community Policing Policy and roll call training/briefing.<br><br>**Completion date: 01/31/2019** | Incorporate into In-Service Training Plan.<br><br>**Completion date: 04/30/2019 (and annually thereafter)** | MT (Parish) to conduct baseline audit of FPD's community engagement efforts.<br><br>**Audit Schedule: Spring 2019** |
| 27 | FPD to develop and implement Ferguson's "Neighborhood Policing Plan: A Police Community Partnership." | Develop Neighborhood Policing Plan and submit to MT Stewart & Parish.<br><br>**Completion date: 04/30/2019** | Public Comment Period for Neighborhood Policing Plan and roll call training/briefing.<br><br>**Completion date: 07/31/2019** | | |
| 28 | FPD to develop strategies for working with community to address crime trends, policing complaints, neighborhood quality of life and working with community. | Develop schedule of monthly command staff CP/Crime analysis meetings and submit to MT (Stewart & Parish).<br><br>**Completion date: 03/31/2019** | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 29-30; 256-258 | The City will develop and implement a staffing plan that enables close and effective supervision and will revise its current shift sequences and deployment to better support a community-oriented approach to policing and will post officer patrol area assignments on FPD website. | Develop Shift Schedule/Deployment Plan and submit to MT (Stewart & Tidwell).<br><br>**Completion date: 03/31/2019** | | | |
| 33, 34 | City to affiliate with the Community Mediation Services of St. Louis and to develop a plan for providing neighborhood mediations that promote lasting resolutions of appropriately selected disputes among community members, while reducing the need for involvement in the criminal justice system. The City will also affiliate with the Community Mediation Services of St. Louis to provide a community-centered mediation program to act as an alternative to the misconduct investigation process for certain civilian allegations of officer misconduct. | City, DOJ, and MT (Parish) to begin planning meetings.<br><br>**Completion date: 03/01/2019** | Finalize Neighborhood Mediation Plan.<br><br>**Completion date: 07/31/2019** | | |
| | **REFORM OF THE FERGUSON MUNICIPAL CODE** | | | | |
| 40 | City to develop and implement plan for comprehensive reassessment and revision of remaining Code provisions to ensure they are consistent with U.S. Constitution and other laws and provide clear and appropriate guidance to public and law enforcement | Finalize plan for Reassessment and Revision of Municipal Code and submit to MT (Aghedo & Tidwell). | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | officers. | **Completion date: 06/30/2019** | | | |
| | **POLICIES & TRAINING** | | | | |
| 45 | City to review policies and procedures within one year of implementation to ensure they provide effective direction to FPD personnel and remain consistent with Agreement. | City to review policies implemented in Year One and Two and identify deficiencies.<br><br>**Completion date: 06/30/2019** | | | |
| 46 | The City agrees to maintain a complete, up-to-date manual of all FPD policies and procedures that is organized and maintained in a manner that makes it easily accessible and clear to officers, employees, and others. Officers and employees will have access to the manual in hard copy form, and in a readily usable electronic format (e.g., through an FPD intranet system accessible within the mobile data computers of FPD officers). Revisions and updates to FPD policies and procedures will be incorporated into the manual. | City to complete renumbering of Policies (ongoing). | | | |
| 49-51 | FPD to establish a Training Committee, develop schedule for delivering all training required in Agreement, and develop a written Training Plan for supplementing FDP recruits' academy training; enhancing FPD's | Establish Training Committee and submit names to MT (Tidwell). | Develop Training Schedule and submit to MT (Stewart & Tidwell). | Submit training plan to MT (Stewart & Tidwell). | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | field training, and implement comprehensive in-service training. | **Completion date: 12/31/2018** | **Completion date: 02/28/2019** | **Completion date: 05/31/2019** | |
| | **BIAS-FREE POLICE AND COURT PRACTICES** | | | | |
| 65-71 | The City to provide clear policy, training, and supervisory direction on prohibited conduct, including selective enforcement activities or decisions, non-enforcement of the law, and the selection or rejection of particular tactics and strategies based upon stereotypes or bias. The City's policies shall take into account influences of implicit bias, stereotype threat, and gender bias on officer enforcement decisions, use of force, and other police and court activity. | Parties to conduct public forums and initiate development of policies on Bias-Free Police & Court Practices<br><br>**Completion date: Spring 2019** | City to provide Monitoring Team with draft policy (Norwood).<br><br>**Completion date: 07/31/2019** | | |
| 67 | FPD police and court employees will provide timely and meaningful access to police and court services to all.  City will develop and implement policies and training to ensure timely and meaningful police services to LEP individuals. | Parties to conduct public forums and initiate development of policies that address access for LEP individuals.<br><br>**Completion date: Spring 2019** | Develop policies to address access for LEP individuals and submit to MT (Norwood).<br><br>**Completion date: 07/31/2019** | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | **VOLUNTARY CONTACTS, STOPS, SEARCHES, CITATIONS, AND ARRESTS** | | | | |
| 75 | The City agrees to ensure that all FPD voluntary encounters, investigatory stops and detentions, searches, citations, and arrests are conducted in accordance with the rights, privileges, and immunities secured or protected by the Constitution and the laws of the United States.  FPD will ensure that these police activities are part of an effective overall crime prevention strategy; are consistent with community priorities for enforcement; build trust between FPD and the community; and are adequately documented for tracking and supervision purposes. | City to review its entire body of existing policies to ensure requirements of Consent Decree in this area are met and, where necessary, rescind and revise.<br><br>**Ongoing through Year Four** | | | MT to conduct baseline audit of FPD stops, searches, and arrests to include reporting of investigatory detentions.<br><br>**Audit Schedule: Winter/Spring 2019** |
| 76-82 | The City to provide clear direction with respect to policies related to voluntary contacts and investigatory detentions in accordance with the requirements of the Consent Decree. | Develop Investigatory Detentions policy and revised Field Interview Report and submit to MT (Stewart & Tidwell).<br><br>**Completion date: 01/31/2019** | Public Comment Period for Investigatory Detentions policy and Field Interview Report and roll call training/briefing.<br><br>**Completion date:  Spring 2019** | | |
| 83-89 | The City to provide clear direction with respect to policies related to searches with or without a warrant in accordance with the requirements of the Consent Decree. | Develop umbrella Search policy and submit to MT (Stewart & Tidwell).<br><br>**Completion date:** | Public Comment Period for umbrella Search policy and roll call training/briefing.<br><br>**Completion date:  Spring** | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | | 01/31/2019 | 2019 | | |
| 90-95 | The City to provide clear direction with respect to policies related to issuing citations and conducting warrantless arrests in accordance with the requirements of the Consent Decree. | Develop Power of Arrest and Detentions policy and submit to MT (Stewart & Tidwell). **Completion date: 01/31/2019** | Public Comment Period for Power of Arrest and Detentions policy and roll call training/briefing. **Completion date:  Spring 2019** | | |
| **FIRST AMENDMENT PROTECTED ACTIVITY** | | | | | |
| 110 | Parties acknowledge that First Amendment protected activities serve important societal functions, including promoting transparency in government affairs, ensuring accountability of public officials, and encouraging community feedback -- whether critical or laudatory -- that ultimately reduce tension and foster a sense of openness and trust between law enforcement and the public. | Parties to conduct public forums and initiate development of policies on FPD officer response to First Amendment Protected Activity. **Completion date: Spring 2019** | Develop draft policies on FPD officer response to First Amendment Protected Activity and submit to MT (Parish & Stewart). **Completion date: Summer 2019** | | |
| **FORCE** | | | | | |
| 128-170 | The City will ensure that its use-of-force policies, training, supervision, and accountability systems are designed to ensure that FPD officers use force in accordance with the Constitution and other laws, FPD policy, and the Consent Decree. City to | Draft umbrella Use of Force and Weapon-Specific policies and submit for Public Comment. | Conduct roll call training/briefing on Use of Force Policies. **Completion date:  1/31/2018** | Incorporate into In-Service & Supervisor Training Programs. **Completion date: 04/31/2019 (and** | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | develop policies pertaining to general use-of-force and weapon-specific requirements. | **COMPLETE** | | **annually thereafter)** | |
| 172-194 | FPD to develop and implement comprehensive process for reporting and investigating all FPD officer uses of force. | Draft Use of Force Reporting & Investigations Policy and revised Use of Force report and submit for Public Comment.<br><br>**COMPLETE** | Conduct roll call training/briefing on Use of Force Reporting & Investigations Policy.<br><br>**Completion date:  1/31/2019** | Incorporate into In-Service & Supervisor Training Programs.<br><br>**Completion date: 04/30/2019 (and annually thereafter).** | MT to conduct baseline audit of FPD Use of Force reporting.<br><br>**Audit Schedule: Winter/Spring 2019** |
| **CRISIS INTERVENTION** | | | | | |
| 197-206 | FPD will implement a Crisis Intervention Team (CIT) first-responder model of police-based crisis intervention with community, health care, and advocacy partnerships. | Designate a Crisis Intervention Coordinator.<br><br>**COMPLETE** | Initiate development of Crisis Intervention program and host policy forums.<br><br>**Completion date: Summer 2019** | | |
| **SCHOOL RESOURCE OFFICER PROGRAM** | | | | | |
| 210 | Monitor to develop an SRO program and operations manual that clearly defines the role of each SRO and promotes the role of SRO as one of educator, counselor, mentor, and law enforcement problem-solver, consistent with best practices. | Parties to conduct public forums and initiate development of SRO Operations Manual.<br><br>**Completion date: Spring 2019** | Submit draft SRO Manual to MT (Tidwell).<br><br>**Completion date: Summer 2019** | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 211 | FPD will review and make a good faith effort to amend its Memorandum of Understanding (MOU) with FFSD, to delineate authority and specify procedures for law enforcement interactions with students while on school grounds, consistent with this Agreement. Before providing SRO services at any school in which FPD is not currently engaged, the City will enter into an MOU with the appropriate school district consistent with the Consent Decree. Further, any subsequent MOU with FFSD shall be consistent with the Consent Decree. | Finalize and implement MOU.<br><br>**COMPLETE** | | | |
| | **BODY-WORN AND IN-CAR CAMERAS** | | | | |
| 228-250 | In an effort to bring continued transparency regarding police activities; improve the effectiveness and reliability of use-of-force and misconduct investigations; enhance supervision of FPD stops, searches, and arrests; and provide material for officer training, the City will equip FPD officers with body-worn and in-car cameras, and will ensure that such devices are used consistent with law and policy. All aspects of FPD's use of body-worn and in-car cameras will be designed and implemented to promote transparency, provide learning opportunities to officers, and increase officer safety, while ensuring officer accountability and respect | Finalize BWC and ICC policies including footage sharing provisions and submit to MT (Goodrich).<br><br>**Completion date: 12/15/2018** | Public Comment Period for BWC and ICC policies and roll call training/briefing.<br><br>**Completion date:  2/28/2019** | | MT (Goodrich) to conduct audit of BWC and ICC policy implementation.<br><br>**Audit Schedule: Summer 2019** |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | for individual privacy rights. | | | | |
| **SUPERVISION** | | | | | |
| 75, 99-108 | The City agrees to ensure that all FPD voluntary encounters, investigatory stops and detentions, searches, citations, and arrests are conducted in accordance with the rights, privileges, and immunities secured or protected by the Constitution and the laws of the United States.  FPD will ensure that these police activities are part of an effective overall crime prevention strategy; are consistent with community priorities for enforcement; build trust between FPD and the community; and are adequately documented for tracking and supervision purposes. | City to review its entire body of existing 4th Amendment-related policies to ensure requirements of Consent Decree in this area are met with regards to the role of supervisors and, where necessary, rescind and revise. **Ongoing through Year Four** | | | |
| 256-258 | The City will develop and implement a staffing plan that enables close and effective supervision and will revise its current shift sequences and deployment to better support a community-oriented approach to policing and will post officer patrol area assignments on FPD website. | Develop Shift Schedule/Deployment Plan and submit to MT (Stewart & Tidwell). **Completion date: 03/31/2019** | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 317 | City to develop and implement supervisory training course for all new and current supervisors to carry out all supervisory duties established in policy and this Agreement, and provide specific instruction on methods for ensuring supervisory duties are fulfilled. | Develop Curriculum for Supervisor Training Program and submit to MT (Stewart).<br><br>**Completion date: 04/30/2019** | Begin Supervisor Training Program.<br><br>**Completion date: 06/30/2019** | | |
| **RECRUITMENT** | | | | | |
| 281-285 | City will develop, with Neighborhood Policing Steering Committee, a written Recruitment Plan that includes clear goals, objectives, and action steps for attracting and retaining a high-quality and diverse work force. | Finalize Recruitment Plan including salary study and submit to MT (Parish & Tidwell).<br><br>**Completion date: 12/31/2018** | Roll call training/briefing.<br><br>**Completion date:  2/28/2019** | | MT (Norwood) to audit recruitment and hiring records to assess compliance.<br><br>**Audit Schedule: Spring 2019** |
| **MUNICIPAL COURT REFORM** | | | | | |
| 329 | City will make the following information publicly available by means other than website:<br>- clear and accurate description of the municipal court payment process, including information regarding: any pre-established fines and fees;<br>- a person's court obligations once they are charged with a municipal ordinance | Identify alternative method(s) of public communication; make required information available by these alternative means.<br><br>**Completion date: 03/31/2019** | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | violation;<br>- a person's rights and responsibilities for challenging a charge;<br>- payment and community service options;<br>- how to seek an ability to pay determination; and<br>- the potential consequences for non-payment or missed court dates. | | | | |
| 330 | City will develop and implement a plan for a public education campaign aimed at providing members of the broader Ferguson community with accurate and complete information regarding operations of the FMC.  The public education campaign will include specific measures to inform the public that appearing in court without being able to pay pending fines or fees will not result in jail time. | Develop and implement public education campaign.<br><br>**Completion date: 03/31/19** | | | |
| 331 | City will make broadly available information regarding cost-free legal assistance that may be available to individuals with pending municipal charges. | Identify alternative method(s) of public communication; make required information available by these alternative means.<br><br>**Completion date: 03/31/2019** | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE: August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 334 | City will develop and implement a plan to regularly and at least on a monthly basis, audit citations, arrest notification forms, and other notices of violations used by officers to ensure that such documents are completed properly and in a manner that provides individuals with thorough and accurate information as required by this Agreement. | Finalize and implement FPD and FMC concurrent policies. **Completion date: 12/31/2018** | | | MT to review audit procedures and results. |
| 335 | City will maintain up-to-date contact information for individuals with cases pending in the FMC and ensure that court staff request updated address and other contact information each time a defendant appears in court or otherwise communicates with court staff and that any updated information received is maintained in the defendant's municipal court file. | Develop mechanism for requiring defendant to sign refusal to provide updated contact information. **Completion date: 1/31/2019** | | | MT (Aghedo) to conduct audit. **Audit Schedule: September 2019** |
| 348 | City will establish and implement protocols, through policy or ordinance, to ensure that arrest warrants related to municipal code violations will be issued, if at all, only after all other mechanisms available for securing a person's appearance in court have been exhausted.  Such protocols will also ensure that arrest warrants are not being issued in response to a person's financial inability to pay a fine or fee.  The protocols will also include, at a minimum, the provisions of ¶348 (a)-(d). | Draft policy or ordinance. **Completion date: 03/31/2019** | | | MT (Aghedo) to conduct audit. **Audit Schedule: Fall 2019** |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 351-352 | City will report a defendant's failure to appear or pay a fine in a case involving a moving traffic violation to the MO Dept. of Revenue only to the extent as required by MO law.  Prior to sending notification to DOR, City will advise defendant, by mail, of pending notification and offer defendant reasonable opportunity to pay or present good cause for failure to pay outstanding fine (MO Rev. Stat § 302.341.1).  If defendant's license is suspended, City will provide compliance letters immediately once a defendant appears in court following the suspension. City will ensure that compliance letters are not conditioned upon payment of outstanding fines or fees in full. | Create tracking code in ITI to ensure notices are sent to defendant from FMC and are sent to MDR by FMC.<br><br>**Completion date: 1/31/2019** | | | MT (Aghedo) to conduct audit.<br><br>**Audit Schedule: Fall 2019** |
| 352 | In cases in which a defendant's driver's license has been suspended for failing to appear or pay a fine in a case involving a moving traffic violation, City will provide compliance letters that satisfy the requirements of MO Rev. Statute § 302.341.1 immediately once a defendant appears in court following the suspension. City will ensure that compliance letters are not conditioned upon payment of outstanding fines or fees in full. | Create tracking code in ITI to ensure notices are sent to defendant from FMC and are sent to MDR by FMC.<br><br>**Completion date: 1/31/2019** | | | MT (Aghedo) to conduct audit.<br><br>**Audit Schedule: Fall 2019** |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| 359 | City will implement appropriate mechanisms for providing defendants with mental illness or intellectual or developmental disabilities with information about their available options for diversion from the municipal justice system. | Develop policy or protocol; create tracking code in ITI and submit to MT (Aghedo).<br><br>**Completion date: 03/31/2019** | | | MT (Aghedo) to conduct audit.<br><br>**Audit Schedule: Fall 2019** |
| 415 | Within 60 days following the expiration of each year of the term of this Agreement, the City will produce an annual report describing FMC activity.  The purpose of the report will be to inform the public of the City's law enforcement achievements and challenges, as well as new programs and steps taken to address challenges and build on success. The annual report will further provide information regarding the City's implementation and status of this Agreement. Subject to applicable law, the annual report will address the requirements contained in subsections (a)-(n). | Draft annual report of Year Three activity for FMC and submit to MT (Aghedo).<br><br>**Completion date: 07/31/2019** | | | |
| **ACCOUNTABILITY** | | | | | |
| 361-368 | Holding public servants accountable when they violate law or policy is essential to ensuring legitimacy of governance and community confidence. Well-functioning accountability systems also promote employee safety and morale. The City will | Finalize Disciplinary Matrix and Citizen Complaint Form and submit to MT (Tidwell).<br><br>**Completion date: 12/31/2018** | Public Comment Period for Disciplinary Matrix and Citizen Complaint form and roll call training/briefing.<br><br>**Completion date: 04/30/2019** | Incorporate into In-Service and Supervisor Training Programs.<br><br>**Completion date: 06/30/2019 (and annually thereafter)** | MT (Tidwell) to conduct baseline audit of completed internal investigations.<br><br>**Audit Schedule:** |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | review applicable policies and personnel regulations to ensure incorporation of these accountability principles. Any violation of the personnel rules and regulations, including of provisions relating to the principles of accountability, shall be subject to appropriate discipline, up to and including termination. These policies shall include a Duty to Report Misconduct; Duty of Candor; and Internal Investigations. | | | | **Spring 2019** |
| 399-400 | City to provide and provide appropriate resources for community-centered mediation program to act as an alternative to misconduct investigation process. | Develop Community-Centered Mediation Program and submit to MT (Tidwell).<br><br>**Completion date: 12/31/2018** | Public Comment Period for Mediation Program policy and roll call training/briefing.<br><br>**Completion date: 04/30/2019** | | |
| **CIVILIAN OVERSIGHT** | | | | | |
| 405(d) | CRB will develop and recommend a program to promote awareness throughout the broader Ferguson community about the options available for filing misconduct complaints, and about the misconduct complaint process. | Within 60 days of implementation of Complaint Mediation Program City will develop awareness program and submit to MT.<br><br>**Completion date: Winter 2019** | | | |

Appendices to the Independent Monitor's Spring 2018 Report
*United States v. The City of Ferguson*
Case No. 4:16-cv-180

| CD ¶ | YEAR THREE:<br>August 2018 - July 2019 | Phase I | Phase II | Phase III | Audit Schedule |
|---|---|---|---|---|---|
| | **DATA COLLECTION** | | | | |
| 412 | To ensure that collected data is complete, accurate, and reliable, the City agrees to work with the Monitor to develop and implement a cost-feasible data collection plan and related protocols, to be approved by the Monitor and DOJ. | Identify a data collection coordinator.<br><br>**Completion data:<br>12/31/2018** | In consultation with DOJ, City will complete and provide to the MT (Goodrich) a worksheet identifying, for the provisions pertaining to Use of Force, Stop, Search, Arrest, and Citations, and Bias-Free Policing, the data it currently collects, that which the CD requires, and where and how such data is tracked or will be tracked in the future.<br><br>**Completion date:<br>03/30/2019** | In consultation with DOJ, City will complete and provide to the MT (Goodrich) a worksheet identifying for all remaining CD provisions, the data it currently collects, that which the CD requires, and where and how such data is tracked or will be tracked in the future.<br><br>**Completion date:<br>06/30/2019** | |
| 413 | The City will make publicly available on request and on the City's website all FPD and municipal court policies and protocols, as well as all public reports described in the Consent Decree. Any exceptions will be limited to information that must remain confidential to protect public safety and approved by DOJ and the Monitor. | Ongoing as policies are implemented. | Ongoing as policies are implemented. | Ongoing as policies are implemented. | Ongoing as policies are implemented. |