# Ferguson Collaborative

**Advocating for Empowered Community Input**

November 28, 2018

The Honorable Catherine D. Perry
United States District Judge
℅ Clerk of Court
United States District Court
Thomas Eagleton United States Courthouse
111 South 10th Street
St. Louis, MO  63102

**Re: United States v. City of Ferguson, Case No. 4: 16 CV 180 CDP**

Dear Judge Perry,

Thank you again for providing an opportunity to submit written comments on behalf of the Ferguson Collaborative. The members of the Ferguson Collaborative appreciate the inclusive nature of the proceedings and participating in the consent decree process.

Per your instruction, the Ferguson Collaborative has selected two members who will jointly execute all written submissions. They are Emily Davis and Felicia Pulliam.

Respectfully submitted,


Felicia Pulliam
Ferguson Collaborative

Emily Davis
Ferguson Collaborative

# Ferguson Collaborative
**Advocating for Empowered Community Input**

November 28, 2018

The Honorable Catherine D. Perry
United States District Judge
℅ Clerk of Court
United States District Court
Thomas Eagleton United States Courthouse
111 South 10th Street
St. Louis, MO  63102

**Re: United States v. City of Ferguson, Case No. 4: 16 CV 180 CDP**

Dear Judge Perry,

Thank you again for providing an opportunity to submit written comments on behalf of the Ferguson Collaborative.  The members of the Ferguson Collaborative appreciate the inclusive nature of the proceedings and participating in the consent decree process.

While we recognize the parties have made some progress, it is the opinion of the Ferguson Collaborative that certain issues remain unresolved and we ask that consideration be given to our our concerns outlined below.

- After so much turnover in leadership at the Ferguson Police Department specifically the Chief of Police position, the community wants to be formally involved in the selection process for the new leader of the department.  It isn't sufficient to have the newly selected leader introduced to the community at a welcome reception.  Members of the community should be included in the review of resumes, narrowing of candidates, interviews and the final recommendation for hire.  To facilitate this, members of the Neighborhood Policing Steering Committee are poised to step in and provide this level of representation on behalf of the community because they have been working jointly with the police department, elected and appointed officials, the Department of Justice and neighborhood groups to draft and review policy and assure satisfactory implementation of the Consent Decree.  The Ferguson Collaborative asks that members of the

community are included in the process and suggest that interest and expertise exists in NPSC to facilitate this request.
- Continue to follow the consent decree with community approval of policies is necessary to assure that community voice is included in the policies adopted. Recently, there was an opportunity for community to comment on policy draft. This is a necessary process and we hope that it continues. However, the opportunity to do so should be widely announced so that more people know they are actually welcome to provide comment and suggestion. Also, there are still many in our community that don't have access to technology so participation is limited. We ask that the comment period include a community based meeting to share the draft policy wherein community members can verbally shared their suggestions in addition to the technology based opportunity.
- There should be a full review of all remaining cases. An audit of ten percent (10%) of remaining cases may result in injustice for some still facing the threat of prosecution. The parties should work to assure transparency and advance confidence by sharing why remaining cases will be prosecuted. The city should also design a process to notify citizens that their cases have been dropped. Additionally, the city should pay the cost to reinstate licenses lost in the unconstitutional ticketing and reimburse citizens the cost of reinstating licenses. While we ask the court to have the parties do as requested, we believe citizens due process is violated because so much time has passed.
- The city must adopt a more robust and inclusive community engagement process. Many citizens are not aware of what is happening, when and where. The opportunity to learn from the Monitor or DOJ doesn't get to people that would participate. The community engagement is not working to increase knowledge and participation. Prioritization of the community engagement plan should include; a text alert system, regular accurate postings on the city website; postcard notification of important events; use of the electronic billboards and roadside campaign-style signs, postings in high-traffic locations, real follow through on the creation of neighborhood associations in the apartment complexes and attendance of monitor and parties at town halls and community meetings. Meaningful community engagement will work to provide a level of legitimacy for any outcomes.
- The Ferguson Collaborative and members of the community have consistently requested a work plan and update of expenditures. Having this complemented by an updated timeline of completed and remaining action items is necessary for members of the community to understand progress. We still haven't received this and still want it produced and provided.
- The Ferguson Police Department hasn't yet developed a data collection platform to adequately learn and understand what is happening in community. A program should be developed to integrate current information and allow future data collection and analysis. Also, the Ferguson Collaborative is concerned that the techniques used to collect specific data such as shot-spotter, that catches radar frequencies to determine shots fired is not only installed in Southeast Ferguson, but throughout the entire city in order to produce accurate data collection and is not used to further target the disenfranchised areas of our community.

It is our hope that these issues will be explored and adopted moving forward. The Ferguson Collaborative remains committed to partnering with the parties and Monitor to improve communication, community engagement and design and adopt policies to eliminate the unconstitutional policing practices that have caused great harm.

Your time and attention to these matters are greatly appreciated,

*[signature]*

Felicia Pulliam
Ferguson Collaborative

*[signature]*

Emily Davis
Ferguson Collaborative