UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Because of the National Day of Mourning and the closing of the Thomas F. Eagleton Courthouse, the public hearing previously scheduled for Wednesday, December 5, 2018 is rescheduled for **Monday, December 17, 2018 at 1:00 p.m.** in Courtroom 14-South.  The same procedures as established before will apply and members of the public who wish to speak should arrive to sign up between [12:30 and 12:50 a.m.] on the day of the hearing; members of the public who wish to submit written statements should do so no later than **Wednesday, December 12, 2018**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2018.