| UNITED STATES OF AMERICA V. THE CITY OF FERGUSON<br>JUDGE CATHERINE D. PERRY<br>COURTROOM 14 SOUTH<br>December 17, 2018 ||
|---|---|
| PUBLIC COMMENT SIGN IN SHEET<br>NOTE: Speakers will be called in order listed below. ||
| **PRINTED NAME** | **SIGNATURE** |
| 1. Susan Warren | Susan Warren |
| 2. Mildred Clines | Mildred Clines |
| 3. Melvin Kennedy — Community Mediation Services | [signature] |
| 4. JOHN CHASNOFF | [signature] |
| 5. Melanie Randels | [signature] |
| 6. Bobby Stiernalt | [signature] |
| 7. Derecka Purnell | [signature] |
| 8. Katurah Topps | [signature] |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

# UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
### December 17, 2018

## PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. Cassandra Butler | Cassandra Butler |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |