UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:16 CV 180 CDP |
| THE CITY OF FERGUSON, | ) ) | |
| Defendant. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **quarterly status hearing** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree is **reset** from 10:00 a.m. **to 3:00 p.m. on Wednesday, April 3, 2019 in Courtroom 14-South.** The hearing will be held in open court and the public is welcome to attend, but only the parties and the Monitor will make presentations or comments at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2019.