# UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
### July 2, 2019

**PUBLIC COMMENT SIGN IN SHEET**
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. Rary Porter (Ferguson Harrond) | Rary Porter |
| 2. ~~Frank Griffin~~ Mildred Clines | Mildred Clines |
| 3. ~~Ales~~ ANGELIQUE A. KIDD | Anglq A. Kidd |
| 4. Melanie Randels | Melanie Rads |
| 5. Cassandra Butler | Cassandra Butler |
| 6. Annette Jenkins | Annette Jenkins |
| 7. Emily Davis | Emily Davis |
| 8. Keith Rose | Keith M R |
| 9. Fran Griffin | F. Griffin |
| 10. Katwan Topps | |
| 11. | |
| 12. | |
| 13. | |
| 14. ~~(scribbled)~~ | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

12:30 - 12:59 (signin)

# UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
## JUDGE CATHERINE D. PERRY
## COURTROOM 14 SOUTH
### July 2, 2019

### PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. [illegible] | [illegible] |
| 10. | |
| 11. Blake Ashby | [signature] |
| 12. Felicia Pulliam | [signature] |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

1:01