UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )| |
| Plaintiff,         ) | |
| ) | |
| v.         ) | Case No. 4: 16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON,         ) | |
| ) | |
| Defendant.         ) | |
| ) | |

## ORDER

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Wednesday, October 2, 2019 at 11:00 a.m. in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree. The hearing will be held in open court and the public is welcome to attend, but only the parties and the Monitor will make presentations or comments at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2019.