**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  4:16-cv-00180-CDP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

NANCY C. GLASS, Trial Attorney in the Special Litigation Section of the Civil Rights Division of the United States Department of Justice, enters her appearance on behalf of Plaintiff the United States of America in the above-captioned cause of action.

Dated: January 7, 2020                              Respectfully Submitted,

*/s/ Nancy C. Glass*
NANCY C. GLASS (995831DC)
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 307-5096
Email: nancy.glass@usdoj.gov

*Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2020, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

*/s/ Nancy C. Glass*
