### UNITED STATES OF AMERICA V. THE CITY OF FERGUSON
### JUDGE CATHERINE D. PERRY
### COURTROOM 14 SOUTH
**January 8. 2020**

### PUBLIC COMMENT SIGN IN SHEET
NOTE: Speakers will be called in order listed below.

| PRINTED NAME | SIGNATURE |
|---|---|
| 1. James Knowles III | James Knowles |
| 2. Heather Robinett | Heather Robinett |
| 3. Ella Jones | Ella Jones |
| 4. Laverne Mitchom | LaveRNe Mitchom |
| 5. Felicia Pulliam | Felicia Pulliam |
| 6. JOHN CHASNOFF | John Chasnoff |
| 7. Mildred Clines | Mildred Clines |
| 8. Keith Rose | KMR |
| 9. Cassandra Butler | Cassandra Butler |
| 10. Jeff Blume | Jeff Blume |
| 11. J. Toni Burrow | J. Toni Burrow |
| 12. Fran Griffin | Fran Griffin |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

9:55