UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:16 CV 180 CDP |
| THE CITY OF FERGUSON, | ) ) | |
| Defendant. | ) ) | |

## **MEMORANDUM AND ORDER**

In recognition of the spread of the COVID-19 virus and the need to assist in the preservation of public safety and health during this period of national emergency,

**IT IS HEREBY ORDERED** that **the status hearing set for April 23, 2020 at 10:00 a.m. in Courtroom 14-South is cancelled**. The Court continues to regularly confer with the parties and the monitor regarding the continued progress of the implementation of the Consent Decree and expects to send out an Order in May or June of this year regarding the scheduling of the next status conference.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2020.