UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER SETTING TELEPHONIC STATUS HEARING

The next status hearing in this case will be held on **June 4, 2020 at 2:00 p.m**. In recognition of the spread of the COVID-19 virus and the continuing need to assist in the preservation of public safety and health during this period of national emergency, the attorneys and monitor will appear by videoconference and **the public will be able to listen to the hearing by telephone**. **No in person appearances are allowed**. To afford the public the opportunity to be heard, the Court will permit members of the public to submit written statements in advance of the hearing. Any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by sending a written submission of **no more than five pages** to the Monitor at Fergusonmonitor@hoganlovells.com **by no later than 5 p.m. on June 2, 2020.**

**Persons making written submissions must include their full names. No telephone calls, anonymous submissions, or submissions that do not comply with these requirements will be considered.** The written statements will not be docketed in the Court file, placed on the Court's website, or otherwise read into the record of proceedings at this status hearing. However, the Monitor will forward all timely submissions to the parties and the Court for review and consideration before the hearing, and the parties, the Monitor, and/or the Court may address particular submissions at the hearing as deemed appropriate. The written transcript of this status hearing will be placed on the Court's website for viewing by the public without charge no later than June 5, 2020.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold a videoconference status hearing with all counsel and the monitor on **Thursday, June 4, 2020 at 2:00 p.m.** The Court will provide counsel and the monitor with the procedures for joining the videoconference.

**IT IS FURTHER ORDERED** that any **members of the public** who wish to listen to the hearing may do so by calling in to the Court's conference line by dialing the following number: **(877)336-1839 and entering Access Code 3539352**.

**IT IS FURTHER ORDERED** that any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by sending a written submission of **no more than five pages** to the Monitor at Fergusonmonitor@hoganlovells.com **by no later than 5 p.m. on June 2, 2020. Persons making written submissions must include their full names.  No telephone calls, anonymous submissions, or written submissions that do not comply with these requirements will be considered.**   The monitor will provide copies of the emails to the parties and to the Court before the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2020.