# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE CITY OF FERGUSON, )<br>)<br>Defendant ) | Case No. 4:16 CV 180 CDP |

## NOTICE OF LIVE AUDIO STREAMING OF
## SEPTEMBER 22, 2020 STATUS HEARING
## UNDER DISTRICT COURT AUDIO STREAMING PILOT

This case is set for a videoconference and telephonic Status Hearing on **Tuesday, September 22, 2020 at 11:00 a.m.** As set out in the Memorandum and Order dated July 10, 2020 (Doc. # 136) members of the public who wish to listen to the hearing may do so by calling telephone number 1-669-254-5252, Meeting ID: 160 670 3965. (Doc. # 136). Additionally, members of the public may listen to the the audio of the hearing on a livestream on the court's YouTube channel.

The Judicial Conference of the United States has authorized a pilot program permitting a limited number of district courts to livestream audio of certain proceedings in civil cases of public interest with the consent of the parties. The United States District Court for the Eastern District of Missouri has been approved to participate in the pilot program.

Under the terms of the pilot program, the September 22, 2020 Status Hearing is eligible for audio livestreaming on the court's YouTube channel. The court has discussed the pilot

1

program with counsel for the parties and the parties have consented to livestreaming audio of the proceeding as part of the pilot program.

Members of the public who wish to listen to the hearing may now either call the telephone number listed above or may listen on the court's YouTube channel, accessible at https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.

This is a livestream only. As always, no recordings of court proceedings are allowed. Under the Eastern District of Missouri Local Rule 13.02 and under the policy of the Judicial Conference of the United States, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except to the extent authorized by the presiding judge. This includes proceedings ordered by the court to be conducted by telephone or video. Accordingly, no person or entity granted access to listen to the audio of this hearing may record or broadcast the proceeding, in full or in part.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2020.