UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>MEMORANDUM AND ORDER SETTING TELEPHONIC AND VIDEOCONFERENCE STATUS HEARING AND NOTICE OF LIVE AUDIO STREAMING JULY 8, 2021 STATUS HEARING UNDER DISTRICT COURT AUDIO STREAMING PILOT</u>**

The next status hearing in this case will be held on **<u>July 8, 2021 at 11:00 a.m.</u>** In recognition of the spread of the COVID-19 virus and the continuing need to assist in the preservation of public safety and health during this period of national emergency, the attorneys and Monitor will appear by videoconference and **the public will be able to listen to the hearing by telephone or by listening on the court's YouTube channel.**  To listen by telephone members of the public may call telephone number 1-669-254-5252, Meeting ID: 160 670 3965.  To listen by YouTube members of the public may access the court's YouTube channel at

1

https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.  **No in person appearances are allowed.**

Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are prohibited.  Accordingly, audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.

To afford the public the opportunity to be heard, the Court will permit members of the public to submit written statements in advance of the hearing.  Any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by sending a written submission of **no more than five pages** to the Monitor at Fergusonmonitor@hoganlovells.com **between June 15, 2021 and 5 p.m. on July 5, 2021.   Persons making written submissions must include their full names.  No telephone calls, anonymous submissions, or submissions that do not comply with these requirements will be considered.**  The written statements will not be docketed in the Court file, placed on the Court's website for this case, or otherwise read into the record of proceedings at this status hearing.  In addition, the Monitor will forward all timely submissions to the parties and the Court for review and consideration before the hearing, and the parties, the Monitor, and/or the Court may address particular submissions at the hearing as deemed appropriate.  The written transcript of this

status hearing will be placed on the Court's website for viewing by the public without charge.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold a videoconference status hearing with all counsel and the Monitor on **July 8, 2021 at 11:00 a.m.**  The Court will provide counsel and the Monitor with the procedures for joining the videoconference.

**IT IS FURTHER ORDERED** that any **members of the public** who wish to listen to the hearing may do so by calling in to the Court's conference line by dialing the following number: **1-669-254-5252, Meeting ID: 160 670 3965**.  They may also listen to the hearing on the court's YouTube channel, accessible at https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.

Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising are prohibited.  Audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.

**IT IS FURTHER ORDERED** that any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by sending a written submission of no more than **five pages** to the Monitor at Fergusonmonitor@hoganlovells.com between **June 15, 2020 and 5 p.m. on July 5, 2021.  Persons making written submissions must include their full names.**

**No telephone calls, anonymous submissions, or written submissions that do not comply with these requirements will be considered.**  The Monitor will provide copies of the emails to the parties and to the Court before the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of May, 2021.