UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER SETTING STATUS HEARING AND NOTICE OF LIVE AUDIO STREAMING OCTOBER 7, 2021 STATUS HEARING UNDER DISTRICT COURT AUDIO STREAMING PILOT

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on

**Thursday, October 7, 2021 at 11:00 a.m. in Courtroom 3-North** to provide the

parties and the Monitor with an opportunity to update the Court on the status of

implementation of the Consent Decree.  **This will be an in-person hearing unless**

**conditions related to the COVID pandemic require changing it to a telephone**

**hearing.  All parties and interested persons should check the court docket**

**and/or the court website to see if an amended order was entered changing the**

**hearing to telephone.**   If the hearing remains in-person members of the public, in

addition to the Monitor and counsel for the parties, will be allowed to speak as set

out below. **In addition, the public will be able to listen to the hearing on the**

**court's YouTube channel.**  Members of the public may access the court's

YouTube channel at

https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.

Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording,

broadcasting, and televising this hearing are prohibited.  Accordingly, audio of the

proceeding, in full or in part, may not be photographed, recorded, broadcasted, or

televised.

**IT IS FURTHER ORDERED** that, assuming the hearing is in person,  any

members of the public who wish to speak at the October 7, 2021 hearing may do so

by appearing at Courtroom 3-North between 10:30 and 10:50 a.m. on the day of

the hearing to register.  Counsel, parties to the case, and the monitor will be given

the opportunity to speak first.  Statements by members of the public will be taken

in the order the person signed up and will be limited to five minutes each.  All

persons speaking must speak from the lectern, state their names, and direct their

comments to the Court.

**IT IS FURTHER ORDERED** that any **members of the public** who wish

to listen to the hearing may do so on the court's YouTube channel, accessible at

https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.

Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising are prohibited.  Audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.


CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2021.

3