UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4: 16 CV 180 CDP |
| ) | |
| THE CITY OF FERGUSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM AND ORDER SETTING STATUS HEARING AND NOTICE OF LIVE AUDIO STREAMING STATUS HEARING**

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Wednesday, May 11, 2022 at 10:00 a.m. in Courtroom 3-North** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.  **This will be an in-person hearing unless conditions related to the COVID pandemic require changing it to a telephone hearing.  All parties and interested persons should check the court docket and/or the court website to see if an amended order was entered changing the hearing to telephone.**   If the hearing remains in-person, members of the public, in addition to the Monitor and counsel for the parties, will be allowed to speak at the hearing as set out below.  **In addition, the public will be able to listen to the hearing on the**

**court's YouTube channel.** Members of the public may access the court's YouTube channel at   https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/. Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are prohibited. Accordingly, audio of the proceeding, in full or in part, may not be recorded, broadcasted, or televised.

**IT IS FURTHER ORDERED** that, assuming the hearing is in person, any members of the public who wish to speak at the May 11, 2022 hearing may do so by appearing at Courtroom 3-North between 9:30 and 9:50 a.m. on the day of the hearing to register. Counsel, parties to the case, and the Monitor will be given the opportunity to speak first. Statements by members of the public will be taken in the order the person signed up and will be limited to five minutes each. All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

**IT IS FURTHER ORDERED** that any **members of the public** who wish to listen to the hearing may do so on the court's YouTube channel, accessible at https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/. Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising are prohibited. Audio of the proceeding, in full or in part, may not be recorded, broadcasted, or televised.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2022.