UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER SETTING STATUS HEARING**

**IT IS HEREBY ORDERED** that there will be a **quarterly status hearing** on **Thursday, July 13, 2023 at 10:00 a.m. in Courtroom 16-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.  **This will be an in-person hearing unless conditions related to the COVID pandemic require changing it to a telephone hearing.  All parties and interested persons should check the court docket and/or the court website to see if an amended order was entered changing the hearing to telephone.**   If the hearing remains in-person, members of the public, in addition to the Monitor and counsel for the parties, will be allowed to speak at the hearing as set out below.

**IT IS FURTHER ORDERED** that, assuming the hearing is in person, any members of the public who wish to speak at the July 13, 2023 hearing may do so by appearing at Courtroom 16-South between 9:30 and 9:50 a.m. on the day of the hearing to register.  Statements by members of the public will be taken in the order the person signed up and will be limited to five minutes each.  All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

**IT IS FURTHER ORDERED** that any **members of the public** who wish to **listen only** to the hearing may do so by calling in to the Court's conference line by dialing the following number: 888-684-8852 and using the following access code: 4362059.  Broadcasting or recording the hearing is not allowed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2023.