UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>           Plaintiff,                            )<br>                                                          )<br>           v.                                         )<br>                                                          )<br>THE CITY OF FERGUSON,        )<br>                                                          )<br>           Defendant.                       )<br>                                                          ) | Case No. 4: 16 CV 180 CDP |

### MEMORANDUM AND ORDER SETTING STATUS HEARING

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Tuesday, July 9, 2024 at 10:00 a.m. in Courtroom 14-South** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.

Members of the public, in addition to the Monitor and counsel for the parties, will be allowed to speak at the hearing as set out below. **In addition, the public will be able to listen to the hearing on the court's YouTube channel.** Members of the public may access the court's YouTube channel at

https://www.youtube.com/c/USCourtsMOED.  Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are

prohibited.  Accordingly, audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.

**IT IS FURTHER ORDERED** that any members of the public who wish to speak at the hearing may do so by appearing at Courtroom 3-North between 9:30 and 9:50 a.m. on the day of the hearing to register.  Statements by members of the public will be taken in the order the person signed up and will be limited to five minutes each.  All persons speaking must speak from the lectern, state their names, and direct their comments to the Court.

**IT IS FURTHER ORDERED** that any **members of the public** who wish to listen to the hearing may do so on the court's YouTube channel, accessible at https://www.youtube.com/c/USCourtsMOED.  Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising are prohibited.  Audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2023.