**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-00180-CDP |
| | ) | |
| CITY OF FERGUSON, MISSOURI | ) | |
| | ) | |
| Defendant. | ) | |

## CITY OF FERGUSON'S OCTOBER 2024 STATUS REPORT

**I.      Introduction**

In accordance with Paragraph 456 of the Consent Decree, this report is submitted to the Court, the Department of Justice (DOJ), and the Monitoring Team to provide an update on the progress made by the Ferguson Police Department (FPD) and the City of Ferguson in implementing the terms of the Consent Decree during the designated reporting period. The report will outline specific actions taken, an assessment of the status of progress, measures to correct identified challenges, and responses to any concerns raised by the Monitor's previous report.

The City of Ferguson continues its diligent efforts to implement the reforms mandated by the Consent Decree. This report reflects the ongoing commitment of the City to fulfill its obligations, focusing on achieving substantial compliance in areas such as police training, policy development, staffing, and community engagement. Through these sustained efforts, the City remains dedicated to fostering an environment of transparency, accountability, and trust between law enforcement and the Ferguson community.

**II.     Steps Taken to Implement the Agreement**

During the reporting period, the City of Ferguson has undertaken several initiatives aimed at addressing critical areas of the Consent Decree, particularly with regard to staffing, policy development, training, and the creation of mechanisms for internal accountability.

- **Staffing and Key Appointments**: The City has made notable progress in strengthening its leadership structure by appointing experienced personnel to key roles responsible for the execution of Consent Decree requirements. These appointments include:
    - **John Hampton, City Manager**: Promoted from Fire Chief, Mr. Hampton brings over 30 years of experience in municipal governance to his role as City Manager. His deep understanding of Ferguson's institutional dynamics and challenges has proven instrumental in advancing the City's reform agenda.
    - **Chris Crabel, Consent Decree Coordinator**: Mr. Crabel, formerly the Assistant to the City Manager, has been tasked with overseeing the City's compliance efforts. With nearly 5 years of experience working in Ferguson, his intimate knowledge of the City's operations has facilitated smoother transitions and policy implementation.
    - **Lisa Stephens, Training Coordinator**: Hired to develop and execute training programs required by the Consent Decree, Ms. Stephens ensures that all training aligns with the goals of the decree.
    - **Patricia Washington, Public Information Officer**: The creation of this role, now held by Ms. Washington, underscores the City's commitment to enhancing transparency and improving communication with the public.
    - **Troy Doyle, Police Chief**: Chief Doyle was appointed to lead the FPD with a clear mandate to prioritize community-oriented policing. Having previously served in St.

   Louis County during the 2014 unrest, his experience has been pivotal in driving engagement efforts with community stakeholders.

  ◦ **Specialized Officers**: In addition to general recruitment, the City has hired officers with specialized skills to strengthen key areas of policing. This includes an officer with a background in **Data and Security**, as well as officers with expertise in **Traffic Control**. These appointments contribute to enhancing FPD's operational capacity in areas critical to community safety and compliance with the Consent Decree.

- **Policy and Plan Submissions**: The City has also focused on revising and submitting key policies and plans to the DOJ for review, demonstrating a commitment to compliance and reform. Significant submissions include:

  ◦ **Community Engagement and Policing Plan**: This comprehensive plan was recently submitted to the DOJ for review and approval. It outlines strategies to strengthen community partnerships, foster transparency, and increase public confidence in the FPD.

  ◦ **Crime Prevention Plan**: The plan has been submitted to the Monitoring Team and is currently under review. It is a cornerstone of the City's efforts to enhance public safety while adhering to constitutional policing practices.

  ◦ **Staffing and Salary Studies**: These studies have been submitted to the DOJ for evaluation. They are intended to address the challenges related to recruiting and retaining a diverse and competent police force capable of meeting the needs of the community.

  ◦ **Training Plan** :  The Training Plan has been approved, laying the foundation for future training programs. As individual training modules are developed, they will be

added to the plan and reflected in the training calendar, ensuring a living document that evolves with the department's needs.

### III. FPD's Assessment of the Status of Progress

The City of Ferguson has made substantial progress in several critical areas as it works towards compliance with the Consent Decree. Below is an assessment of the City's status, reflecting achievements as well as areas requiring ongoing effort.

- **Training Plan Development and Implementation**: The Training Plan has been successfully completed and approved by the DOJ and the Monitoring Team. This plan provides a structured framework that will allow the City to integrate completed training modules on an ongoing basis. As programs, such as Body-Worn Camera (BWC) training are currently being reviewed for approval by the Monitoring Team and Bias-Free Policing that has been approved and already successfully delivered to FPD officers, they are incorporated into the plan and reflected in the training calendar. This approach ensures that FPD officers receive the requisite instruction in a timely and organized manner.

- **Police Training Officer (PTO) Program**: The City continues to adjust the PTO program, having identified certain issues with the current policy. The revised policy, once finalized, will be submitted to the DOJ and Monitoring Team for review. Following this, public review will be required with training modules being developed and implemented specific to the updated policy. The developed training will then be reflected in the overall training plan as well as the training calendar.

- **Community Policing and Engagement Plan**: A revised version of the **Community Policing and Engagement Plan** has been submitted to the DOJ for review. The City is prepared to address any feedback provided by the DOJ before forwarding the plan to the Monitoring

4

Team for final approval. This plan is central to Ferguson's efforts to promote constructive relationships between law enforcement and community members.

- **Staffing**: The FPD has achieved considerable progress in improving staffing levels, now operating at approximately 78% of its authorized force. This improvement has been the result of targeted recruitment efforts, successful academy graduations, and the hiring of officers with relevant experience from other law enforcement agencies. However, the City remains committed to reaching full staffing levels to ensure that FPD can meet the demands of its Consent Decree obligations.

- **Policy and Training Implementation**: Several key areas of policy and training have seen progress:

  ◦ **Bias-Free Policing**: The City has completed bias-free policing training, reinforcing its commitment to ensuring equitable treatment of all residents.

  ◦ **Body-Worn Camera (BWC) Training**: Progress has been made regarding the development of BWC training, which is currently being reviewed for approval by the Monitoring Team. This is critical for ensuring transparency and accountability in policing practices. The City is also preparing for a comprehensive audit of BWC usage.

  ◦ **Additional Training Areas**: Roll-Call Trainings on Correctable Violations and Strip and Body Cavity Search have been approved by the DOJ; however, not yet delivered to FPD officers. Firearms training and Taser (ECW) training have both been successfully developed and delivered, contributing to broader compliance with the Consent Decree.

5

- **First Amendment Policy**: The First Amendment policy has been approved, and FPD has conducted roll-call trainings to ensure that officers understand and comply with the updated procedures.

- **Protest and Demonstration Policy**: The policy has been approved and FPD has delivered roll-call training to ensure officers understanding and compliance with the updated policy and procedures.

- **New Technology Policies**: The City has been developing policies, such as Flock cameras, GPS systems, and drones. These policies are essential for maintaining accountability and safeguarding the rights of the public in the context of technological advancements in policing. The city expects to submit the first draft of the policy to the DOJ for review in the coming weeks.

- **Court Self-Auditing**: The City is working closely with the DOJ and Monitoring Team to finalize the development of a self-auditing process for the Ferguson Municipal Court. This initiative will enable the City to audit its own operations and share the findings with the DOJ and Monitoring Team to ensure compliance with the Consent Decree's requirements regarding municipal court practices.

- **Audits**: The City is actively participating in several audits with the Monitoring Team:

  - The **Use of Force round two audit** and **Accountability audit** are currently in progress, ensuring that all use-of-force incidents are thoroughly reviewed and accountability measures are reinforced.

  - Preparations are underway for the **Body-Worn Camera (BWC) audit**, which will examine the effectiveness and compliance of the BWC policy across the FPD.

6

IV. **Plans to Correct Any Problems**

Despite significant advancements, the City acknowledges that there remain areas requiring further attention. These include:

- **Staffing and Recruitment:** While the Ferguson Police Department (FPD) has made progress in improving staffing levels, the department continues to operate below full capacity. The City is committed to implementing any recommendations from the Staffing and Salary Studies once feedback is received from the DOJ and the independent monitor. However, it is important to recognize that these efforts must be balanced with the City's budgetary constraints. We are confident that with thoughtful planning and collaboration, these steps will help address recruitment challenges and improve retention, thereby enhancing overall operational capacity.

- **Training Implementation**: The City remains focused on expanding its training offerings, to include in-service training. With the approval of the Training Plan, the next priority is ensuring that each required substantive area for training that is outlined in the consent decree will be eventually developed, executed, and documented to fulfill the Consent Decree's mandates. The training plan will forever be a living document that will evolve based on departmental training needs and law enforcement trends. Specific areas of focus now for FPD include training on First Amendment, Bias-Free Training for Court Employees, PTO Program and Crisis Intervention Training.

V. **Responses to Concerns Raised by the Monitor**

The Monitoring Team previously raised concerns about the pace of policy development, the City's staffing shortages, and the lack of comprehensive planning. While the Ferguson Police Department (FPD) has made progress in improving staffing levels, the department continues to

operate below full capacity. The City is committed to implementing any recommendations from the Staffing and Salary Studies once feedback is received from the DOJ and the independent monitor. At the same time, the City has been working to set shorter timelines for priority projects highlighted by the DOJ, monitor, or court. However, it is important to recognize that these efforts must be balanced with the City's budgetary constraints. In addition, long-term planning is essential to create a roadmap for achieving self-monitoring and auditing capabilities. With careful coordination and strategic focus, these steps will help address recruitment challenges and improve retention, ultimately enhancing operational capacity.

Dated:  October 4, 2024                                      Respectfully submitted,

**LEWIS RICE LLC**

/s/ Apollo Carey
Apollo Carey, #58286 (MO)
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101-1311
Tel: (314) 444-7621
Fax: (314) 612-7621
E-mail: acarey@lewisrice.com

*Attorneys for the City of Ferguson*