# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-cv-000180-CDP |
| THE CITY OF FERGUSON, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW COUNSEL

The United States respectfully moves this Court to withdraw Charles Hart and Amy Senier as counsel of record for the United States in the above captioned matter, as they are no longer employed by the United States Department of Justice.

Dated: April 1, 2025

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney
General Civil Rights Division

REGAN RUSH
Chief
Special Litigation Section

CYNTHIA COE  #438792 (DC)
Deputy Chief
Special Litigation Section

1

      */s/ Nancy Glass*
NANCY GLASS  #995831 (DC)
JORGE M. CASTILLO #4893194 (NY)
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 598-0139
Email: nancy.glass@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2025, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

*/s/ Nancy Glass*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-cv-000180-CDP |
| THE CITY OF FERGUSON, | ) |
| Defendant. | ) |

## MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 4.01, the United States respectfully submits this memorandum in support of its motion to withdraw Charles Hart and Amy Senier as counsel of record for the United States in the above captioned matter. Mr. Hart and Ms. Senier are no longer employed by the United States Department of Justice. Cynthia Coe, Jorge Castillo and Nancy Glass continue to represent the United States in this matter.

Dated: April 1, 2025

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

REGAN RUSH
Chief
Special Litigation Section

CYNTHIA COE  #438792 (DC)
Deputy Chief
Special Litigation Section

 /s/ Nancy Glass
NANCY GLASS  #995831 (DC)
JORGE M. CASTILLO #4893194 (NY)
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 598-0139
Email: nancy.glass@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2025, I electronically filed the foregoing using the Court's CM/ECF System, which will send notice of the filing to counsel of record.

*/s/ Nancy Glass*