UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER VACATING STATUS HEARING**

Because of the anticipated change of counsel for plaintiff,

**IT IS HEREBY ORDERED** that **the quarterly status hearing, currently set for May 6, 2025 at 10:00 a.m. in Courtroom 10-South, is postponed and will be reset by further Order of this Court**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2025.