UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4: 16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# MEMORANDUM AND ORDER

**The public quarterly status hearing, including an opportunity for members of the public to comment, will go forward as previously scheduled on Tuesday, October 7, 2025.**

The United States has filed a motion seeking to stay this matter in light of the government's lapse of appropriations. It is not in the interests of justice for this case to be stayed, especially given that the last status hearing was delayed for more than two months because of the government's change in counsel.

Although the Court will deny the motion, it recognizes that the participation of employees of the Department of Justice must be limited during this time. Therefore, the telephone call scheduled with counsel for tomorrow, October 2, 2025, will go forward, but counsel for the United States are not required to

1

participate in the call.  They may do so, of course.  For the October 7, 2025 public hearing, counsel for the United States will be required to participate, but may attend by telephone, to avoid travel expenses.  If counsel for the United States wishes to forgo their usual status update, they may do so.  In addition to the public comment period, the City of Ferguson and the court-appointed Monitor will be expected to provide their reports as usual.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to stay [225] is denied, but the participation of the United States may be limited as set out in this order.

**IT IS FURTHER ORDERED that <u>the quarterly status hearing remains set for Tuesday, October 7, 2025 at 10:00 a.m. in Courtroom 17-South as previously scheduled.  All provisions of the August 19, 2025, Memorandum and Order Setting Status Hearing [219] remain in full force and effect.</u>**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October 2025.