UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 180 CDP |
| | ) | |
| THE CITY OF FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER SETTING STATUS HEARING**

**IT IS HEREBY ORDERED** that there will be a quarterly status hearing on **Tuesday, July 14, 2026 at 10:00 a.m. in Courtroom 3-North** to provide the parties and the Monitor with an opportunity to update the Court on the status of implementation of the Consent Decree.  The hearing will be held in open court and the public is welcome to attend, but only the parties and the Monitor will make presentations or comments at the hearing.

To afford the public the opportunity to be heard, the Court will permit members of the public to submit written statements in advance of the hearing.  Any person wishing to provide written comments regarding the status of the implementation of the Consent Decree may do so by sending a written submission of **no more than five pages** to the Monitor at Fergusonmonitor@hoganlovells.com by no later than **5:00 p.m. on July 13, 2026**.  **Persons making written**

**submissions must include their full names.  No telephone calls, anonymous submissions, or submissions that do not comply with these requirements will be considered.**  The written statements will not be docketed in the Court file, placed on the Court's website for this case, or otherwise read into the record of proceedings at this status hearing.  However, the Monitor will forward all timely submissions to the parties and the Court for review and consideration before the hearing, and the parties, the Monitor, and/or the Court may address particular submissions at the hearing as deemed appropriate.

**IT IS FURTHER ORDERED** that any members of the public who wish to listen to the hearing may do so on the court's YouTube channel, accessible at https://www.youtube.com/c/USCourtsMOED.  Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising are prohibited. Audio of the proceeding, in full or in part, may not be photographed, recorded, broadcasted, or televised.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2026.